E-filing



COPY

KAREN S. FRANK (No. 130887)
Email: kfrank@howardrice.com
SARAH M. KING (No. 189621)
Email: sking@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600
Facsimile: 415/217-5910



MAY - 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Attorneys for Plaintiffs
BROADCAST MUSIC, INC. et al.

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

BROADCAST MUSIC, INC.; MICHAEL JOE JACKSON, d/b/a MIJAC MUSIC; ABKCO MUSIC, INC.; STARFAITH, L.P., A LIMITED PARTNERSHIP CONSISTING OF GUTS AND GRACE RECORDS, INC. AND CARLOS SANTANA AND DEBORAH SANTANA, AS TRUSTEES OF THE SANTANA FAMILY TRUST, d/b/a LIGHT MUSIC; FANTASY, INC.d/b/a JONDORA MUSIC; CAREERS-BMG MUSIC PUBLISHING, INC.; STARFAITH, L.P., A LIMITED PARTNERSHIP CONSISTING OF GUTS & GRACE RECORDS, INC. AND CARLOS AND DEBORAH SANTANA FAMILY TRUST, d/b/a STELLABELLA MUSIC; MICHAEL SHRIEVE, AN INDIVIDUAL d/b/a MAITREYA MUSIC; EMI BLACKWOOD MUSIC, INC.,

Plaintiffs,

v.

G&M GAME CORPORATION; KRAZY KOYOTE BAR & GRILL; GEORGE D. HEADLEY, JR. & MARCOS ANTHONY HEADLEY, each individually,

Defendants.

No. C 07 02453 CRB

COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiffs, by their attorneys, for their Complaint against Defendants, allege as follows (on knowledge as to Plaintiffs; otherwise on information and belief):

## JURISDICTION AND VENUE

1. This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 et seq. (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2. Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

## THE PARTIES

3. Plaintiff, Broadcast Music, Inc. ("BMI"), is a corporation organized and existing under the laws of the State of New York. BMI's principal place of business is 320 West 57th Street, New York, New York 10019. BMI has been granted the right to license the public performance rights in approximately 6.5 million copyrighted musical compositions (the "BMI repertoire"), including those which are alleged herein to have been infringed.

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN

4. The other Plaintiffs are the owners of the copyrights in the musical compositions which are the subject of this lawsuit. All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5. Defendant G&M Game Corporation is a corporation organized and existing under the laws of the state of California, which operates, maintains and controls an establishment known as Krazy Koyote Bar & Grill, located at 8337 Church Street, Gilroy, CA 95020, in this district (the "Establishment").

6. In connection with the operation of this business, Defendant G&M Game Corporation publicly performs musical compositions and/or causes musical compositions to be publicly performed.

7. Defendant G&M Game Corporation has a direct financial interest in the Establishment.

8. Defendant George D. Headley, Jr. is an officer of Defendant G & M. Game

Corporation with primary responsibility for the operation and management of that G & M Game Corporation and the Establishment.

9. Defendant George D. Headley, Jr. has the right and ability to supervise the activities of Defendant G & M Game Corporation and a direct financial interest in that corporation and the Establishment.

10. Defendant Marcos Anthony Headley is an officer of Defendant G & M. Game Corporation with responsibility for the operation and management of that G & M Game Corporation and the Establishment.

11. Defendant Marcos Anthony Headley has the right and ability to supervise the activities of Defendant G & M Game Corporation and a direct financial interest in that corporation and the Establishment.

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN A Professional Corporation

## CLAIMS OF COPYRIGHT INFRINGEMENT

12. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 11.

13. Plaintiffs allege nine (9) claims of copyright infringement, based upon Defendants' unauthorized public performance of musical compositions from the BMI repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts. Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

14. Annexed as the Schedule and incorporated herein as Exhibit A is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants. The Schedule contains information on the nine (9) claims of copyright infringement at issue in this action. Each numbered claim has the following eight lines of information: Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 noting the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim

at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the Registration number(s); Line 7 showing the date(s) of infringement; and Line 8 identifying the name(s) of the Establishment(s) where the infringement occurred (all references to "Lines" are to lines on the Schedule).

15. Each of the musical compositions identified on the Schedule, Line 2, was created by the person(s) named on Line 3.

16. On or about the dates indicated on Line 5, the publishers named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the numbers listed on Line 6.

17. On the dates listed on Line 7, Plaintiff BMI was and still is the licensor of the public performance rights in the musical compositions identified on Line 2. On the dates listed on Line 7, the Plaintiffs listed on Line 4 were and still are the owners of the copyright in the respective musical composition listed on Line 2.

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A Professional Corporation

18. On the dates listed on Line 7, Defendants performed and/or caused the musical compositions identified on Line 2 to be publicly performed on the premises of Krazy Koyote Bar & Grill without a license or permission to do so. Thus, Defendants have committed copyright infringement.

19. Defendants performed and/or caused such musical compositions to be publicly performed notwithstanding repeated warnings from Plaintiff BMI that the performance on the premises of Krazy Koyote Bar & Grill, without permission from the copyright owners, did and would constitute infringement of copyright in violation of Title 17 of the United States Code.

20. The specific acts of copyright infringement alleged, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage. By continuing to provide unauthorized public performances of works in the BMI repertoire at Krazy Koyote Bar & Grill, Defendants threaten to continue committing copyright infringement. Unless this Court restrains Defendants from committing further acts of

copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

## RELIEF REQUESTED

WHEREFORE, Plaintiffs pray that:

(1) Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

(2) Defendants be ordered to pay statutory damages per each claim of infringement, pursuant to 17 U.S.C. Section 504(c);

(3) Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. Section 505; and

(4) That Plaintiffs have such other and further relief as is just and equitable.

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN A Professional Corporation

DATED: May 7, 2007.

Respectfully,

KAREN S. FRANK
SARAH M. KING
HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A Professional Corporation

By: [signature]
KAREN S. FRANK

Attorneys for Plaintiffs BROADCAST MUSIC, INC. et al.

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that the following persons, associations of person, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceedings, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of the proceeding.

1. Abkco Music, Inc. — Abkco Music & Records Inc.
2. Careers-BMG Music Publishing, Inc. — BMG Music
3. EMI Blackwood Music, Inc. — Screen Gems – EMI Music Inc.

DATED: May 7, 2007.

Respectfully,

KAREN S. FRANK
SARAH M. KING
HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A Professional Corporation

By: /s/ Karen Frank
KAREN S. FRANK

Attorneys for Plaintiffs BROADCAST MUSIC, INC. et al.

# EXHIBIT A

# *Schedule*

| | | | |
|---|---|---|---|
| Line 1 | Claim No. | 1 | |
| Line 2 | Musical Composition | Billie Jean | |
| Line 3 | Writer(s) | Michael Jackson | |
| Line 4 | Publisher Plaintiff(s) | Michael Joe Jackson, d/b/a Mijac Music | |
| Line 5 | Date(s) of Registration | 12/27/82 | |
| Line 6 | Registration No(s). | PA 158-772 | |
| Line 7 | Date(s) of Infringement | 5/4/06 | |
| Line 8 | Place of Infringement | Krazy Koyote Bar and Grill | |

---

| | | | |
|---|---|---|---|
| Line 1 | Claim No. | 2 | |
| Line 2 | Musical Composition | Bring It On Home To Me | |
| Line 3 | Writer(s) | Sam Cooke | |
| Line 4 | Publisher Plaintiff(s) | Abkco Music, Inc. | |
| Line 5 | Date(s) of Registration | 3/15/90 | 9/13/62 |
| Line 6 | Registration No(s). | RE 475-432 | Ep 166883 |
| Line 7 | Date(s) of Infringement | 5/4/06 | |
| Line 8 | Place of Infringement | Krazy Koyote Bar and Grill | |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Europa Earth's Cry Heaven's Smile a/k/a Europa |
| Line 3 | Writer(s) | Carlos Santana a/k/a Devadip; Tom Coster |
| Line 4 | Publisher Plaintiff(s) | Starfaith, L.P., a limited partnership consisting of Guts and Grace Records, Inc. (a California corporation), general partner, and Carlos Santana and Deborah Santana, as Trustees of the Santana Family Trust, limited partner, d/b/a Light Music |
| Line 5 | Date(s) of Registration | 3/31/76 |
| Line 6 | Registration No(s). | Eu 665436 |
| Line 7 | Date(s) of Infringement | 8/19/06 |
| Line 8 | Place of Infringement | Krazy Koyote Bar and Grill |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | Green River |
| Line 3 | Writer(s) | John C. Fogerty |
| Line 4 | Publisher Plaintiff(s) | Fantasy, Inc. d/b/a Jondora Music |
| Line 5 | Date(s) of Registration | 2/16/70 |
| Line 6 | Registration No(s). | Ep 272079 |
| Line 7 | Date(s) of Infringement | 5/4/06 |
| Line 8 | Place of Infringement | Krazy Koyote Bar and Grill |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 5 |
| Line 2 | Musical Composition | Samba Pa Ti |
| Line 3 | Writer(s) | Carlos Santana |
| Line 4 | Publisher Plaintiff(s) | Careers-BMG Music Publishing, Inc. |
| Line 5 | Date(s) of Registration | 11/12/70 |
| Line 6 | Registration No(s). | Eu 221030 |
| Line 7 | Date(s) of Infringement | 8/19/06 |
| Line 8 | Place of Infringement | Krazy Koyote Bar and Grill |

| | | |
|---|---|---|
| Line 1 | Claim No. | 6 |
| Line 2 | Musical Composition | Aye Aye Aye |
| Line 3 | Writer(s) | Carlos Santana; Michael Shrieve; Karl Perazzo; Raul Rekow |
| Line 4 | Publisher Plaintiff(s) | Starfaith L.P., a limited partnership consisting of Guts and Grace Records, Inc. (a California corporation), general partner, and Carlos and Deborah Santana Family Trust, limited partner d/b/a Stellabella Music; Michael Shrieve, an individual d/b/a Maitreya Music |
| Line 5 | Date(s) of Registration | 12/03/02 |
| Line 6 | Registration No(s). | PA 1-120-576 |
| Line 7 | Date(s) of Infringement | 8/19/06 |
| Line 8 | Place of Infringement | Krazy Koyote Bar and Grill |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 7 |
| Line 2 | Musical Composition | Victory Is Won |
| Line 3 | Writer(s) | Carlos Santana |
| Line 4 | Publisher Plaintiff(s) | Starfaith L.P., a limited partnership consisting of Guts and Grace Records, Inc. (a California corporation), general partner, and Carlos and Deborah Santana Family Trust, limited partner d/b/a Stellabella Music |
| Line 5 | Date(s) of Registration | 2/23/00 |
| Line 6 | Registration No(s). | PAu 2-471-469 |
| Line 7 | Date(s) of Infringement | 8/19/06 |
| Line 8 | Place of Infringement | Krazy Koyote Bar and Grill |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 8 |
| Line 2 | Musical Composition | Tales of Killimanjaro |
| Line 3 | Writer(s) | Carlos Santana; Armanda Peraza; Raul Rekow |
| Line 4 | Publisher Plaintiff(s) | Starfaith L.P., a limited partnership consisting of Guts and Grace Records, Inc. (a California corporation), general partner, and Carlos Santana and Deborah Santana, as Trustees of the Santana Family Trust, limited partner d//b/a Light Music |
| Line 5 | Date(s) of Registration | 5/7/81 |
| Line 6 | Registration No(s). | PA 107-849 |
| Line 7 | Date(s) of Infringement | 8/19/06 |
| Line 8 | Place of Infringement | Krazy Koyote Bar and Grill |

| | | | |
|---|---|---|---|
| Line 1 | Claim No. | 9 | |
| Line 2 | Musical Composition | Drums Of Passion | |
| Line 3 | Writer(s) | Michael Olatunji | |
| Line 4 | Publisher Plaintiff(s) | EMI Blackwood Music, Inc. | |
| Line 5 | Date(s) of Registration | 1/6/89 | 9/18/61 |
| Line 6 | Registration No(s). | RE 419-216 | Eu 688006 |
| Line 7 | Date(s) of Infringement | 8/19/06 | |
| Line 8 | Place of Infringement | Krazy Koyote Bar and Grill | |