| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| KAREN S. FRANK, Bar #130887<br>HOWARD RICE NEMEROVSKI CANADY, ET AL.<br>THREE EMBARCADERO CENTER<br>7TH FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-434-1600   FAX No: 415-217-5910 | | ORIGINAL FILED<br>JUN 27 AM 9:40<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>15755.0032 | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Northern District Of California

*Plaintiff:* BROADCAST MUSIC, INC., et al.
*Defendant:* G&M GAME CORPORATION, et al.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07 02453 CRB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; COMPLAINT FOR COPYRIGHT INFRINGEMENT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES.

3. a. Party served:  G&M GAME CORPORATION

4. Address where the party was served:  8337 CHURCH STREET
   GILROY, CA 95020

5. I served the party:
   b. by substituted service. On: Mon., Jun. 04, 2007 at: 6:40PM by leaving the copies with or in the presence of:
   "JANE DOE", BARTENDER, Hispanic, Female, 20 Years Old, Brown Hair, Brown Eyes, 5 Feet 5 Inches, 250 Pounds
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. *Person Who Served Papers:*                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JAZELLE RIVERA                                              d. *The Fee for Service was:*

   First Legal Support Services                                   e. I am: (3) registered California process server
   ATTORNEY SERVICES                                                  (i) Independent Contractor
   1138 HOWARD STREET                                                 (ii) Registration No.:  68
   San Francisco, CA 94103                                            (iii) County:  Monterey
   (415) 626-3111, FAX (415) 626-1331

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Tue, Jun. 19, 2007

   Judicial Council Form            PROOF OF SERVICE            JAZELLE RIVERA
   Rule 982.9.(a)&(b) Rev January 1, 2007                       6350780.karfr-hr.71701