| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| KAREN S. FRANK, Bar #130887<br>HOWARD RICE NEMEROVSKI CANADY, ET AL.<br>THREE EMBARCADERO CENTER<br>7TH FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-434-1600    FAX No: 415-217-5910 | ORIGINAL<br>FILED<br>JUN 27 AM 9:40<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| Attorney for: Plaintiff | Ref. No or File No.: 15755.0032 |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: BROADCAST MUSIC, INC., et al.
Defendant: G&M GAME CORPORATION, et al.

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07 02453 CRB |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; COMPLAINT FOR COPYRIGHT INFRINGEMENT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:        Tue., Jun. 19, 2007
   b. Place of Mailing:       SAN FRANCISCO, CA 94103
   c. Addressed as follows:   G&M GAME CORPORATION
                              8337 CHURCH STREET
                              GILROY, CA 95020

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue., Jun. 19, 2007 in the ordinary course of business.

5. Person Serving:                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. AARON DANIEL                                    d. *The Fee for Service was:*
   b. FIRST LEGAL SUPPORT SERVICES                    e. I am: Not a Registered California Process Server
      1138 HOWARD STREET
      SAN FRANCISCO, CA 94103
   c. 415-626-3111

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Tue, Jun. 19, 2007                                              (AARON DANIEL)

   Judicial Council Form                    PROOF OF SERVICE                      6350780.karfr-hr.71701
   Rule 982.9.(a)&(b) Rev January 1, 2007        By Mail