| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| KAREN S. FRANK, Bar #130887<br>HOWARD RICE NEMEROVSKI CANADY, ET AL.<br>THREE EMBARCADERO CENTER<br>7TH FLOOR<br>SAN FRANCISCO, CA 94111 | | ORIGINAL<br>FILED<br>JUN 27 AM 9:39<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| Telephone No: 415-434-1600   FAX No: 415-217-5910 | | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>15755.0032 | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: BROADCAST MUSIC, INC., et al.
Defendant: G&M GAME CORPORATION, et al.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07 02453 CRB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; COMPLAINT FOR COPYRIGHT INFRINGEMENT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES.

3. a. Party served:                         GEORGE D. HEADLEY, JR.

4. Address where the party was served:       8337 CHURCH STREET
                                                                      GILROY, CA 95020

5. I served the party:
    b. **by substituted service.** On: Mon., Jun. 04, 2007 at: 6:40PM by leaving the copies with or in the presence of:
                            "JANE DOE", BARTENDER, Hispanic, Female, 20 Years Old, Brown Hair, Brown Eyes, 5 Feet 5 Inches, 250 Pounds
   (2) (Home) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. *Person Who Served Papers:*                                   Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. JAZELLE RIVERA

    First Legal Support Services
    ATTORNEY SERVICES
    1138 HOWARD STREET
    San Francisco, CA 94103
    (415) 626-3111, FAX (415) 626-1331

    d. *The Fee for Service was:*
    e. I am: (3) registered California process server
        (i) Independent Contractor
        (ii) Registration No.:    68
        (iii) County:             Monterey

COPY

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
    Date: Tue, Jun. 19, 2007

| Judicial Council Form<br>Rule 982.9.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE | (JAZELLE RIVERA)<br>6350788.karfr-hr.71703 |
|---|---|---|