| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| KAREN S. FRANK, Bar #130887<br>HOWARD RICE NEMEROVSKI CANADY, ET AL.<br>THREE EMBARCADERO CENTER<br>7TH FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-434-1600   FAX No: 415-217-5910 | Ref. No or File No.:<br>15755.0032 | ORIGINAL FILED<br>JUN 27 AM 9:39<br>RICHARD W. WIEKING<br>CLERK U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court Northern District Of California |

| Plaintiff: BROADCAST MUSIC, INC., et al. |
|---|
| Defendant: G&M GAME CORPORATION, et al. |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07 02453 CRB |
|---|---|---|---|---|

1. I, JAZELLE RIVERA, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant GEORGE D. HEADLEY, JR. as follows:

2. Documents: SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; COMPLAINT FOR COPYRIGHT INFRINGEMENT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES..

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 05/14/07 | 3:06pm | Business | THIS IS AN INSURANCE COMPANY. SUBJECTS ARE UNKNOWN. Attempt made by: JAZELLE RIVERA. Attempt at: 8337 CHURCH STREET GILROY CA 95020. |
| Tue | 05/22/07 | 11:27am | Business | THE KRAZY KOYOTE BAR AND GRILL LOCATED AT THE SAME ADDRESS IS CLOSED. Attempt made by: JAZELLE RIVERA. Attempt at: 8337 CHURCH STREET GILROY CA 95020. |
| Wed | 05/23/07 | 3:10pm | Business | BUSINESS IS CLOSED. Attempt made by: JAZELLE RIVERA. Attempt at: 8337 CHURCH STREET GILROY CA 95020. |
| Thu | 05/24/07 | 3:49pm | Business | BUSINESS IS CLOSED. Attempt made by: JAZELLE RIVERA. Attempt at: 8337 CHURCH STREET GILROY CA 95020. |
| Mon | 06/04/07 | 6:40pm | Home | Substituted Service on: GEORGE D. HEADLEY, JR. Home - 8337 CHURCH STREET GILROY, CA. 95020 by leaving a copy of the document(s) with: "JANE DOE", BARTENDER, Hispanic, Female, 20 Years Old, Brown Hair, Brown Eyes, 5 Feet 5 Inches, 250 Pounds. Served by: JAZELLE RIVERA |
| Tue | 06/19/07 | | | Mailed copy of Documents to: GEORGE D. HEADLEY, JR. |

3. Person Executing
   a. JAZELLE RIVERA
   b. FIRST LEGAL SUPPORT SERVICES
      1138 HOWARD STREET
      SAN FRANCISCO, CA 94103
   c. 415-626-3111

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. The Fee for service was:
e. I am: (3) registered California process server
   (i) Independent Contractor
   (ii) Registration No.: 68
   (iii) County: Monterey

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

✞ Date: Tue, Jun. 19, 2007       AFFIDAVIT OF REASONABLE DILIGENCE       (JAZELLE RIVERA)