| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| KAREN S. FRANK, Bar #130887<br>HOWARD RICE NEMEROVSKI CANADY, ET AL.<br>THREE EMBARCADERO CENTER<br>7TH FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-434-1600     FAX No: 415-217-5910 | | ORIGINAL FILED<br>JUN 27 AM 9:39<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>15755.0032 | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: BROADCAST MUSIC, INC., et al.
Defendant: G&M GAME CORPORATION, et al.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07 02453 CRB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; COMPLAINT FOR COPYRIGHT INFRINGEMENT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES.

3. a. Party served:    MARCOS ANTHONY HEADLEY

4. Address where the party was served:    8337 CHURCH STREET
                                          GILROY, CA 95020

5. I served the party:
   b. by substituted service. On: Mon., Jun. 04, 2007 at: 6:40PM by leaving the copies with or in the presence of:
      "JANE DOE", BARTENDER, Hispanic, Female, 20 Years Old, Brown Hair, Brown Eyes, 5 Feet 5 Inches, 250 Pounds
   (1) (Business) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. Person Who Served Papers:       Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JAZELLE RIVERA
                                   d. The Fee for Service was:

   First Legal Support Services    e. I am: (3) registered California process server
   ATTORNEY SERVICES                   (i)   Independent Contractor
   1138 HOWARD STREET                  (ii)  Registration No.:    68
   San Francisco, CA 94103             (iii) County:              Monterey
   (415) 626-3111, FAX (415) 626-1331

COPY

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Jun. 19, 2007

   Judicial Council Form                    PROOF OF SERVICE              (JAZELLE RIVERA)
   Rule 982.9.(a)&(b) Rev January 1, 2007                                 6350789.karfr-hr.71727