| Attorney or Party without Attorney: KAREN S. FRANK, Bar #130887 HOWARD RICE NEMEROVSKI CANADY, ET AL. THREE EMBARCADERO CENTER 7TH FLOOR SAN FRANCISCO, CA 94111 Telephone No: 415-434-1600   FAX No: 415-217-5910 | For Court Use Only ORIGINAL FILED JUN 27 AM 9:39 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA |
|---|---|
| Attorney for: Plaintiff | Ref. No or File No.: 15755.0032 |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: BROADCAST MUSIC, INC., et al.
Defendant: G&M GAME CORPORATION, et al.

| PROOF OF SERVICE By Mail | Hearing Date: | Time: | Dept/Div: | Case Number: C 07 02453 CRB |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; COMPLAINT FOR COPYRIGHT INFRINGEMENT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:         Mon., Jun. 04, 2007
   b. Place of Mailing:        SAN FRANCISCO, CA 94103
   c. Addressed as follows:    MARCOS ANTHONY HEADLEY
                               8337 CHURCH STREET
                               GILROY, CA 95020

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon., Jun. 04, 2007 in the ordinary course of business.

5. Person Serving:
   a. AARON DANIEL
   b. FIRST LEGAL SUPPORT SERVICES
      1138 HOWARD STREET
      SAN FRANCISCO, CA 94103
   c. 415-626-3111

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: Not a Registered California Process Server

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Jun. 19, 2007

                                                                          (AARON DANIEL)

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
By Mail

6350789.karfr-hr.71727