1  KAREN S. FRANK (No. 130887)
   Email: kfrank@howardrice.com
2  SARAH M. KING (No. 189621)
   Email: sking@howardrice.com
3  HOWARD RICE NEMEROVSKI CANADY
       FALK & RABKIN
4  A Professional Corporation
   Three Embarcadero Center, 7th Floor
5  San Francisco, California 94111-4024
   Telephone:   415/434-1600
6  Facsimile:   415/217-5910

7  Attorneys for Plaintiffs
   BROADCAST MUSIC, INC. et al.

8
                UNITED STATES DISTRICT COURT
9
              NORTHERN DISTRICT OF CALIFORNIA
10
                  SAN FRANCISCO DIVISION
11

12  BROADCAST MUSIC, INC. et al.,          No. C07-02453 CRB

13              Plaintiffs,                 Action filed May 8, 2007

14       v.                                 **NOTICE OF NEED FOR ADR
                                            PHONE CONFERENCE [ADR
15  G&M GAME CORPORATION; KRAZY            L.R. 3-5]; ADR CERTIFICATION**
    KOYOTE BAR & GRILL; GEORGE D.
16  HEADLEY, JR. & MARCOS ANTHONY
    HEADLEY, each individually,

17              Defendants.

18

19

20

21

22

23

24

25

26

27

28

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

The parties either:

☒      have not yet reached an agreement to an ADR process, or

☐      have tentatively agreed to a settlement conference before a magistrate judge.

Plaintiffs Broadcast Music, Inc. et al. are filing a one-sided Notice of Need for ADR Phone Conference because numerous attempts to confer with defendants have not been successful. Plaintiff's counsel has sought to confirm the identity of defendants' counsel, but to date, has not been successful and has had no response to her request to meet and confer on the ADR process.

Accordingly, ADR L.R. 3-5 requires a telephone conference with the ADR Director or Program Counsel before the case management conference.

**Last day to file Joint Case Management Statement:**   <u>August 3, 2007</u>

**Date of Initial Case Management Conference:**   <u>August 10, 2007</u>

The following counsel will participate in the ADR phone conference:

| *Name* | *Party Representing* | *Phone No.* | *Fax No.* |
|---|---|---|---|
| Karen S. Frank | Broadcast Music, Inc. et al. | (415) 434-1600 | (415) 217-5910 |

*The ADR Unit will notify you by return fax indicating, in the space below, the date and time of your phone conference. Plaintiffs' counsel shall initiate the call using the following number (415) 522-4603. Please consult ADR L.R. 3-5(d).*

*For court use only:*

**ADR Phone Conference Date:** _____    Time _____AM/PM

**For Scheduling concerns, call (415) 522-2199.**

**Date:** _____

_____
**ADR Case Administrator**

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
*A Professional Corporation*

1  SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

2      Pursuant to L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that

3  he or she has read either the handbook entitled "Dispute Resolution Procedures in the

4  Northern District of California," or the specified portions of the ADR Unit's Internet site

5  <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided

6  by the court and private entities, and considered whether this case might benefit from any of

7  them.

8

9  DATED:  July 20, 2007.

10                                        Respectfully,

11                                        KAREN S. FRANK
                                          SARAH M. KING
                                          HOWARD RICE NEMEROVSKI CANADY
12                                            FALK & RABKIN
                                          A Professional Corporation

13

14                                        By: _____/s/_____
                                                      KAREN S. FRANK
15

16                                        Attorneys for Plaintiffs BROADCAST MUSIC,
                                          INC., ET AL.

17  DATED:  July 20, 2007.

18

19                                        _____
                                                      JUDITH M. SAFFER

20                                        Plaintiffs BROADCAST MUSIC, INC., ET AL.

21

22

23

24

25

26

27

28

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

DATED: July __, 2007.

Respectfully,

KAREN S. FRANK
SARAH M. KING
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By: _____
             KAREN S. FRANK

Attorneys for Plaintiffs BROADCAST MUSIC, INC., ET AL.

DATED: July 20, 2007.

_____
        JUDITH M. SAFFER

Plaintiffs BROADCAST MUSIC, INC., ET AL.

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

**PROOF OF SERVICE BY MAIL**

1

2        I am employed in the City and County of San Francisco, State of California. I am over

3   the age of eighteen (18) years and not a party to the within action; my business address is

4   Three Embarcadero Center, Seventh Floor, San Francisco, California 94111-4024.

5        I am readily familiar with the practice for collection and processing of documents for

6   mailing with the United States Postal Service of Howard Rice Nemerovski Canady Falk &

7   Rabkin, A Professional Corporation, and that practice is that the documents are deposited

8   with the United States Postal Service with postage fully prepaid the same day as the day of

9   collection in the ordinary course of business.

10        On July 20, 2007, I served the following document(s) described as **NOTICE OF**

11   **NEED FOR ADR PHONE CONFERENCE [ADR L.R. 3-5]; ADR CERTIFICATION**

12   on the persons listed below by placing the document(s) for deposit in the United States

13   Postal Service through the regular mail collection process at the law offices of Howard Rice

14   Nemerovski Canady Falk & Rabkin, A Professional Corporation, located at Three

15   Embarcadero Center, Seventh Floor, San Francisco, California, to be served by mail

16   addressed as follows:

17

18   G&M Game Corporation                    George D. Headley
     Krazy Koyote Bar & Grill                8337 Church Street
19   8337 Church Street                      Gilroy, CA 95020
     Gilroy, CA 95020
20
     Marcos Anthony Headley
21   8337 Church Street
     Gilroy, CA 95020
22

23        I declare under penalty of perjury under the laws of the United States that the foregoing

24   is true and correct. Executed at San Francisco, California on July 20, 2007.

25

26

27   _____
                              Cindy Powers

28

PROOF OF SERVICE
-1-

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
*A Professional Corporation*