1  KAREN S. FRANK (No. 130887)
   Email:  kfrank@howardrice.com
2  SARAH M. KING (No. 189621)
   Email:  sking@howardrice.com
3  HOWARD RICE NEMEROVSKI CANADY
         FALK & RABKIN
4  A Professional Corporation
   Three Embarcadero Center, 7th Floor
5  San Francisco, California  94111-4024
   Telephone:   415/434-1600
6  Facsimile:   415/217-5910

7  Attorneys for Plaintiffs
   BROADCAST MUSIC, INC. et al.
8
   JEFFREY E. ELLIOTT (No. 141190)
9  Email: jeffe92@sbcglobal.net
   ATTORNEY AT LAW
10 28 North First Street, Suite 500
   San Jose, CA 95113
11 Telephone:   408/971-2021
   Facsimile:    408/971-2788
12
   Attorneys for Defendants
13 G&M GAME CORPORATION; KRAZY
   KOYOTE BAR & GRILL; GEORGE D.
14 HEADLEY, JR. & MARCOS ANTHONY
   HEADLEY, each individually.
15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC. et al., | No. C07-02453 CRB |
| Plaintiffs, | Action filed May 8, 2007 |
| v. | STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT |
| G&M GAME CORPORATION; KRAZY KOYOTE BAR & GRILL; GEORGE D. HEADLEY, JR. & MARCOS ANTHONY HEADLEY, each individually, | |
| Defendants. | |

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
*A Professional Corporation*

STIPULATION TO EXTEND TIME TO RESP TO COMPLAINT

1  Pursuant to Local Rule 6-1, Plaintiffs Broadcast Music, Inc. et al., and Defendants
2  G&M Game Corporation; Krazy Koyote Bar & Grill; George D. Headley, Jr. and Marcos
3  Anthony Headley, each individually, hereby stipulate and agree that the time for Defendants
4  to respond to the Complaint is extended to and including August 19, 2007.

DATED: July 25, 2007.

                              Respectfully,

                              KAREN S. FRANK
                              SARAH M. KING
                              HOWARD RICE NEMEROVSKI CANADY
                                   FALK & RABKIN
                              A Professional Corporation

                            By: _____/s/_____
                                        KAREN S. FRANK

                              Attorneys for Plaintiffs BROADCAST MUSIC,
                              INC. et al.

DATED: July __, 2007.

                              Respectfully,

                              By: _____
                                        JEFFREY E. ELLIOTT

                              Attorney for Defendants G&M GAME
                              CORPORATION; KRAZY KOYOTE BAR &
                              GRILL; GEORGE D. HEADLEY, JR. and
                              MARCOS ANTHONY HEADLEY, each
                              individually

W03 071107-157550032/W07/1403191/v1

Pursuant to Local Rule 6-1, Plaintiffs Broadcast Music, Inc. et al., and Defendants G&M Game Corporation; Krazy Koyote Bar & Grill; George D. Headley, Jr. and Marcos Anthony Headley, each individually, hereby stipulate and agree that the time for Defendants to respond to the Complaint is extended to and including August 19, 2007.

DATED: July __, 2007.

Respectfully,

KAREN S. FRANK
SARAH M. KING
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By: _____
               KAREN S. FRANK

Attorneys for Plaintiffs BROADCAST MUSIC, INC. et al.

DATED: July 21, 2007.

Respectfully,

By: _____
               JEFFREY E. ELLIOTT

Attorney for Defendants G&M GAME CORPORATION; KRAZY KOYOTE BAR & GRILL; GEORGE D. HEADLEY, JR. and MARCOS ANTHONY HEADLEY, each individually

W03 071107-157550032/W07/1403191/v1

STIPULATION TO EXTEND TIME TO RESP TO COMPLAINT
-1-