KAREN S. FRANK (No. 130887)
Email: kfrank@howardrice.com
SARAH M. KING (No. 189621)
Email: sking@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:   415/434-1600
Facsimile:   415/217-5910

Attorneys for Plaintiffs
BROADCAST MUSIC, INC. et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC. et al., | No. C07-02453 CRB |
| Plaintiffs, | Action filed May 8, 2007 |
| v. | **PROOF OF SERVICE FOR NOTICE OF NEED FOR ADR PHONE CONFERENCE [ADR L.R. 3-5]; ADR CERTIFICATION AND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| G&M GAME CORPORATION; KRAZY KOYOTE BAR & GRILL; GEORGE D. HEADLEY, JR. & MARCOS ANTHONY HEADLEY, each individually, | |
| Defendants. | |

## PROOF OF SERVICE BY MAIL

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is Three Embarcadero Center, Seventh Floor, San Francisco, California 94111-4024.

I am readily familiar with the practice for collection and processing of documents for mailing with the United States Postal Service of Howard Rice Nemerovski Canady Falk & Rabkin, A Professional Corporation, and that practice is that the documents are deposited with the United States Postal Service with postage fully prepaid the same day as the day of collection in the ordinary course of business.

On July 25, 2007, I served the following document(s) described as **NOTICE OF NEED FOR ADR PHONE CONFERENCE [ADR L.R. 3-5]; ADR CERTIFICATION** and **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** on the persons listed below by placing the document(s) for deposit in the United States Postal Service through the regular mail collection process at the law offices of Howard Rice Nemerovski Canady Falk & Rabkin, A Professional Corporation, located at Three Embarcadero Center, Seventh Floor, San Francisco, California, to be served by mail addressed as follows:

Jeffrey E. Elliot, Esq.
28 North First Street, Suite 500
San Jose, CA 95112-2440

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at San Francisco, California on July 25, 2007.

_____
Cindy N. Powers