1  KAREN S. FRANK (No. 130887)
   Email:  kfrank@howardrice.com
2  SARAH M. KING (No. 189621)
   Email:  sking@howardrice.com
3  HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
4  A Professional Corporation
   Three Embarcadero Center, 7th Floor
5  San Francisco, California  94111-4024
   Telephone:   415/434-1600
6  Facsimile:   415/217-5910

7  Attorneys for Plaintiffs
   BROADCAST MUSIC, INC. et al.
8
   JEFFREY E. ELLIOTT (No. 141190)
9  Email: jeffe92@sbcglobal.net
   ATTORNEY AT LAW
10 28 North First Street, Suite 500
   San Jose, CA 95113
11 Telephone:   408/971-2021
   Facsimile:   408/971-2788
12
   Attorneys for Defendants
13 G&M GAME CORPORATION; KRAZY
   KOYOTE BAR & GRILL; GEORGE D.
14 HEADLEY, JR. & MARCOS ANTHONY
   HEADLEY, each individually.
15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC. et al., | No. C07-02453 CRB |
| Plaintiffs, | Action filed May 8, 2007 |
| v. | STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT |
| G&M GAME CORPORATION; KRAZY KOYOTE BAR & GRILL; GEORGE D. HEADLEY, JR. & MARCOS ANTHONY HEADLEY, each individually, | |
| Defendants. | |

STIPULATION TO EXTEND TIME TO RESP TO COMPLAINT

1  Pursuant to Local Rule 6-1, Plaintiffs Broadcast Music, Inc. et al., and Defendants
2  G&M Game Corporation; Krazy Koyote Bar & Grill; George D. Headley, Jr. and Marcos
3  Anthony Headley, each individually, hereby stipulate and agree that the time for Defendants
4  to respond to the Complaint is extended to and including August 19, 2007.

DATED: July 25, 2007.

Respectfully,

KAREN S. FRANK
SARAH M. KING
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By: _____/s/_____
         KAREN S. FRANK

Attorneys for Plaintiffs BROADCAST MUSIC, INC. et al.

DATED: July __, 2007.

Respectfully,

By: _____
         JEFFREY E. ELLIOTT

Attorney for Defendants G&M GAME CORPORATION; KRAZY KOYOTE BAR & GRILL; GEORGE D. HEADLEY, JR. and MARCOS ANTHONY HEADLEY, each individually

W03 071107-157550032/W07/1403191/v1

July 25, 2007

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

STIPULATION TO EXTEND TIME TO RESP TO COMPLAINT
-1-