1  KAREN S. FRANK (No. 130887)
   Email:  kfrank@howardrice.com
2  SARAH M. KING (No. 189621)
   Email:  sking@howardrice.com
3  HOWARD RICE NEMEROVSKI CANADY
          FALK & RABKIN
4  A Professional Corporation
   Three Embarcadero Center, 7th Floor
5  San Francisco, California  94111-4024
   Telephone:    415/434-1600
6  Facsimile:    415/217-5910

7  Attorneys for Plaintiffs
   BROADCAST MUSIC, INC. et al.

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12  BROADCAST MUSIC, INC. et al.,              No. C07-02453 CRB

13              Plaintiffs,                     Action filed May 8, 2007

14      v.                                      REQUEST FOR TELEPHONIC
                                                APPEARANCE AT CASE
15  G&M GAME CORPORATION; KRAZY                 MANAGEMENT CONFERENCE
    KOYOTE BAR & GRILL; GEORGE D.
16  HEADLEY, JR. & MARCOS ANTHONY              Date:      August 10, 2007
    HEADLEY, each individually,                Time:      8:30 a.m.
17                                             Place:     Courtroom 8, 19th Floor
                Defendants.                    Judge:     Hon. Charles R. Breyer
18                                             Trial Date:  None set

19

20

21

22

23

24

25

26

27

28

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

1    WHEREAS, this Court has set a Case Management Conference for August 10, 2007 at

2    8:30 a.m.;

3    WHEREAS, Plaintiffs' counsel requests authorization to appear telephonically at the

4    Case Management Conference on August 10; and

5    WHEREAS, Local Rule 16-10(a) provides that the parties may request to appear

6    telephonically at said Case Management Conference;

7    THEREFORE, IT IS REQUESTED by Plaintiffs Broadcast Music, Inc. et al., by and

8    through its counsel of record, that counsel Karen S. Frank may appear for Plaintiffs

9    Broadcast Music, Inc. et al. at the Case Management Conference on August 10, 2007 at

10    8:30 a.m. by telephone.  Ms. Frank will be standing by at 415/399-7858.

11

12    DATED:  August 2, 2007.

13                                                    Respectfully,

14                                                    KAREN S. FRANK
                                                      SARAH M. KING
15                                                    HOWARD RICE NEMEROVSKI CANADY
                                                           FALK & RABKIN
                                                      A Professional Corporation
16

17                                                    By: _____/s/_____
                                                                KAREN S. FRANK
18

19                                                    Attorneys for Plaintiffs BROADCAST MUSIC,
                                                      INC., ET AL.
20

21

22

23

24

25

26

27

28

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

**PROOF OF SERVICE BY MAIL**

1

2    I am employed in the City and County of San Francisco, State of California.  I am over

3    the age of eighteen (18) years and not a party to the within action; my business address is

4    Three Embarcadero Center, Seventh Floor, San Francisco, California 94111-4024.

5    I am readily familiar with the practice for collection and processing of documents for

6    mailing with the United States Postal Service of Howard Rice Nemerovski Canady Falk &

7    Rabkin, A Professional Corporation, and that practice is that the documents are deposited

8    with the United States Postal Service with postage fully prepaid the same day as the day of

9    collection in the ordinary course of business.

10    On August 2, 2007, I served the following document(s) described as **REQUEST FOR**

11    **TELEPHONIC APPEARANCE AT CASE  MANAGEMENT CONFERENCE** on the

12    persons listed below by placing the document(s) for deposit in the United States Postal

13    Service through the regular mail collection process at the law offices of Howard Rice

14    Nemerovski Canady Falk & Rabkin, A Professional Corporation, located at Three

15    Embarcadero Center, Seventh Floor, San Francisco, California, to be served by mail

16    addressed as follows:

17

18    G&M Game Corporation                    George D. Headley
      Krazy Koyote Bar & Grill                 8337 Church Street
19    8337 Church Street                       Gilroy, CA 95020
      Gilroy, CA 95020
20
      Marcos Anthony Headley                   Jeffrey E. Elliot, Esq.
21    8337 Church Street                       28 North First Street, Suite 500
      Gilroy, CA 95020                         San Jose, CA 95112-2440
22

23

24    I declare under penalty of perjury under the laws of the United States that the foregoing

25    is true and correct.  Executed at San Francisco, California on August 2, 2007.

26

27    _____
                        Cindy Powers
28