1  DATED: August __, 2007.

    Respectfully,

    KAREN S. FRANK
    SARAH M. KING
    HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
    A Professional Corporation

    By: /s/ Karen S. Frank
    ──────────────────────────
            KAREN S. FRANK

    Attorneys for Plaintiffs BROADCAST MUSIC, INC. et al.

9  DATED: August 3, 2007.

    Respectfully,

    By: /s/ Jeffrey E. Elliott
    ──────────────────────────
            JEFFREY E. ELLIOTT
    Attorney for Defendants G&M GAME CORPORATION; KRAZY KOYOTE BAR & GRILL; GEORGE D. HEADLEY, JR. and MARCOS ANTHONY HEADLEY, each individually

17  W03 072707-157550032/W07/1406658/v1

# PROOF OF SERVICE BY MAIL

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is Three Embarcadero Center, Seventh Floor, San Francisco, California 94111-4024.

I am readily familiar with the practice for collection and processing of documents for mailing with the United States Postal Service of Howard Rice Nemerovski Canady Falk & Rabkin, A Professional Corporation, and that practice is that the documents are deposited with the United States Postal Service with postage fully prepaid the same day as the day of collection in the ordinary course of business.

On August 3, 2007, I served the following document(s) described as **JOINT CASE MANAGEMENT STATEMENT** on the persons listed below by placing the document(s) for deposit in the United States Postal Service through the regular mail collection process at the law offices of Howard Rice Nemerovski Canady Falk & Rabkin, A Professional Corporation, located at Three Embarcadero Center, Seventh Floor, San Francisco, California, to be served by mail addressed as follows:

G&M Game Corporation
Krazy Koyote Bar & Grill
8337 Church Street
Gilroy, CA 95020

Marcos Anthony Headley
8337 Church Street
Gilroy, CA 95020

George D. Headley
8337 Church Street
Gilroy, CA 95020

Jeffrey E. Elliot, Esq.
28 North First Street, Suite 500
San Jose, CA 95112-2440

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at San Francisco, California on August 3, 2007.

_____
Kathryn A. Sakamoto