1  KAREN S. FRANK (No. 130887)
   Email: kfrank@howardrice.com
2  SARAH M. KING (No. 189621)
   Email: sking@howardrice.com
3  HOWARD RICE NEMEROVSKI CANADY
         FALK & RABKIN
4  A Professional Corporation
   Three Embarcadero Center, 7th Floor
5  San Francisco, California 94111-4024
   Telephone:   415/434-1600
6  Facsimile:   415/217-5910

7  Attorneys for Plaintiffs
   BROADCAST MUSIC, INC. et al.

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12 | BROADCAST MUSIC, INC. et al., | No. C07-02453 CRB

13 |         Plaintiffs, | Action filed May 8, 2007

14 |    v. | REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE

15 | G&M GAME CORPORATION; KRAZY KOYOTE BAR & GRILL; GEORGE D. HEADLEY, JR. & MARCOS ANTHONY HEADLEY, each individually,

16 | | Date:        August 10, 2007
   | | Time:        8:30 a.m.
17 |         Defendants. | Place:       Courtroom 8, 19th Floor
   | | Judge:       Hon. Charles R. Breyer
18 | | Trial Date:  None set

19
20
21
22
23
24
25
26
27
28

REQ FOR TELEPHONIC APPEARANCE AT CMC                    C07-2453 CRB

1  WHEREAS, this Court has set a Case Management Conference for August 10, 2007 at
2  8:30 a.m.;

3  WHEREAS, Plaintiffs' counsel requests authorization to appear telephonically at the
4  Case Management Conference on August 10; and

5  WHEREAS, Local Rule 16-10(a) provides that the parties may request to appear
6  telephonically at said Case Management Conference;

7  THEREFORE, IT IS REQUESTED by Plaintiffs Broadcast Music, Inc. et al., by and
8  through its counsel of record, that counsel Karen S. Frank may appear for Plaintiffs
9  Broadcast Music, Inc. et al. at the Case Management Conference on August 10, 2007 at
10  8:30 a.m. by telephone.  Ms. Frank will be standing by at 415/399-7858.

DATED:  August 2, 2007.

                Respectfully,

KAREN S. FRANK
SARAH M. KING
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By: _____/s/_____
      KAREN S. FRANK

Attorneys for Plaintiffs BROADCAST MUSIC, INC., ET AL.



IT IS SO ORDERED

Judge Charles R. Breyer

August 3, 2007

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*