**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **August 10, 2007**

**C-07-02453** CRB

**BROADCAST MUSIC, INC, ET AL** v. **G&M GAME CORPORATION, ET AL**

Attorneys:    Karen Frank by telephone            Marcus Headley (Pro Se)

Deputy Clerk: **BARBARA ESPINOZA**            Reporter: **Sahar McVickar**

**PROCEEDINGS:**                                                                        **RULING:**

1. Initial Case Management Conference   -   Held

2. 

3. 

**ORDERED AFTER HEARING:**

Matter continued two weeks, the defendant is to have counsel present at the next case management conference or prepare to proceed without counsel

( ) ORDER TO BE PREPARED BY:    Plntf ____   Deft ____   Court ____

( ) Referred to Magistrate Judge For: ____

(X) CASE CONTINUED TO August 24, 2007 @ 8:30  for Further Case Management Conference

Discovery Cut-Off ____                        Expert Discovery Cut-Off ____
Plntf to Name Experts by ____                 Deft to Name Experts by ____
P/T Conference Date ____    Trial Date ____   Set for ____ days
                Type of Trial:  ( )Jury    ( )Court

Notes: ____