1  KAREN S. FRANK (No. 130887)
   Email: kfrank@howardrice.com
2  SARAH M. KING (No. 189621)
   Email: sking@howardrice.com
3  HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
4  A Professional Corporation
   Three Embarcadero Center, 7th Floor
5  San Francisco, California 94111-4024
   Telephone: 415/434-1600
6  Facsimile: 415/217-5910

7  Attorneys for Plaintiffs
   BROADCAST MUSIC, INC. et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC. et al., | No. C07-02453 CRB |
| Plaintiffs, | Action filed May 8, 2007 |
| v. | REQUEST FOR TELEPHONIC APPEARANCE AT FURTHER CASE MANAGEMENT CONFERENCE |
| G&M GAME CORPORATION; KRAZY KOYOTE BAR & GRILL; GEORGE D. HEADLEY, JR. & MARCOS ANTHONY HEADLEY, each individually, | Date: August 24, 2007<br>Time: 8:30 a.m.<br>Place: Courtroom 8, 19th Floor<br>Judge: Hon. Charles R. Breyer |
| Defendants. | Trial Date: None set |

1     WHEREAS, this Court has set a further Case Management Conference for August 24, 2007 at 8:30 a.m.;

3     WHEREAS, Plaintiffs' counsel requests authorization to appear telephonically at the Case Management Conference on August 24; and

5     WHEREAS, Local Rule 16-10(a) provides that the parties may request to appear telephonically at said Case Management Conference;

7     THEREFORE, IT IS REQUESTED by Plaintiffs Broadcast Music, Inc. et al., by and through its counsel of record, that counsel Karen S. Frank may appear for Plaintiffs Broadcast Music, Inc. et al. at the Case Management Conference on August 24, 2007 at 8:30 a.m. by telephone.  Ms. Frank will be standing by at 415/399-7858.

DATED: August 10, 2007.

    Respectfully,

    KAREN S. FRANK
    SARAH M. KING
    HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
    A Professional Corporation

    By: _____/s/_____
            KAREN S. FRANK

    Attorneys for Plaintiffs BROADCAST MUSIC, INC., ET AL.

IT IS SO ORDERED.

DATED: _____, 2007.

    _____
    THE HONORABLE CHARLES R. BREYER

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*

# PROOF OF SERVICE BY MAIL

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is Three Embarcadero Center, Seventh Floor, San Francisco, California 94111-4024.

I am readily familiar with the practice for collection and processing of documents for mailing with the United States Postal Service of Howard Rice Nemerovski Canady Falk & Rabkin, A Professional Corporation, and that practice is that the documents are deposited with the United States Postal Service with postage fully prepaid the same day as the day of collection in the ordinary course of business.

On August 10, 2007, I served the following document(s) described as **REQUEST FOR TELEPHONIC APPEARANCE AT FURTHER CASE MANAGEMENT CONFERENCE** on the persons listed below by placing the document(s) for deposit in the United States Postal Service through the regular mail collection process at the law offices of Howard Rice Nemerovski Canady Falk & Rabkin, A Professional Corporation, located at Three Embarcadero Center, Seventh Floor, San Francisco, California, to be served by mail addressed as follows:

G&M Game Corporation
Krazy Koyote Bar & Grill
8337 Church Street
Gilroy, CA 95020

Marcos Anthony Headley
8337 Church Street
Gilroy, CA 95020

George D. Headley
8337 Church Street
Gilroy, CA 95020

Jeffrey E. Elliot, Esq.
28 North First Street, Suite 500
San Jose, CA 95112-2440

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at San Francisco, California on August 10, 2007.

_____
Cindy Powers

PROOF OF SERVICE
-1-