<u>**CIVIL MINUTES**</u>

**Judge CHARLES R. BREYER**

Date: <u>**August 24, 2007**</u>

<u>**C-07-02453 CRB**</u>

<u>**BROADCAST MUSIC, INC, ET AL**</u>  v.  <u>**G&M GAME CORPORATION, ET AL**</u>

Attorneys:    <u>Karen Frank</u>                          _____

            _____        _____

Deputy Clerk: **BARBARA ESPINOZA**          Reporter:  <u>**Sahar McVickar**</u>
<u>**PROCEEDINGS:**</u>                                                  <u>**RULING:**</u>

1. <u>Further Case Management Conference</u>                        _____

2. _____                _____

3. _____                _____

<u>**ORDERED AFTER HEARING:**</u>

_____

_____

( ) ORDER TO BE PREPARED BY:    Plntf _____   Deft _____   Court _____

( ) Referred to Magistrate Judge For: _____

(X) ) CASE CONTINUED TO <u>December 14, 2007 @ 10:00 a.m.</u> for <u>Motion or Summary Judgment</u>

Discovery Cut-Off _____   Expert Discovery Cut-Off _____
Plntf to Name Experts by _____   Deft to Name Experts by _____
P/T Conference Date _____  Trial Date _____  Set for _____ days
                        Type of Trial:  ( )Jury    ( )Court

Notes: _____
_____
_____