1   KAREN S. FRANK (No. 130887)
    Email: kfrank@howardrice.com
2   SARAH M. KING (No. 189621)
    Email: sking@howardrice.com
3   HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
4   A Professional Corporation
    Three Embarcadero Center, 7th Floor
5   San Francisco, California 94111-4024
    Telephone:    415/434-1600
6   Facsimile:    415/217-5910

7   Attorneys for Plaintiffs
    BROADCAST MUSIC, INC. et al.

8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12

13  BROADCAST MUSIC, INC. et al.,          No. C07-02453 CRB

14              Plaintiffs,                 Action Filed: May 8, 2007

15       v.                                 DECLARATION OF JUDITH M.
                                            SAFFER IN SUPPORT OF
16  G&M GAME CORPORATION; KRAZY             PLAINTIFFS' BROADCAST MUSIC,
    KOYOTE BAR & GRILL; GEORGE D.           INC. et al.'s NOTICE OF MOTION AND
17  HEADLEY, JR. & MARCOS ANTHONY           MOTION FOR SUMMARY
    HEADLEY, each individually,             JUDGMENT
18
                Defendants.                 Date:     December 14, 2007
19                                          Time:     10:00 a.m.
                                            Place:    Courtroom 8, 19th Floor
20                                          Judge:    Hon. Charles R. Breyer

21                                          Trial Date:   None Set

22

23

24

25

26

27

28

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

I, Judith M. Saffer, declare as follows:

1.    I am Assistant General Counsel of Plaintiff Broadcast Music, Inc. ("BMI").  I make this declaration of my own personal knowledge, except as indicated, and could testify to the facts stated herein if called upon to do so. I am familiar with the facts and circumstances in this matter as well as BMI's structure and operation.  This declaration is submitted in support of Plaintiffs' Motion for Summary Judgment.

2.    Through agreements with copyright owners such as music publishing companies and independent composers, BMI acquires non-exclusive public performance rights.  BMI has acquired such rights from each of the other Plaintiffs in this action.  BMI, in turn, grants to music users such as broadcasters and the owners and operators of concert halls, restaurants, nightclubs and hotels, the right to publicly perform any of the works in BMI's repertoire by means of "blanket license agreements."

3.    BMI operates as a non profit-making performing rights organization.    It distributes all of its income, after deducting operating expenses and reasonable reserves, to its affiliated songwriters and music publishers, which include the other Plaintiffs in this action.

4.    The Complaint in this action alleges multiple claims of copyright infringement of certain musical compositions licensed by BMI, the copyrights of which are owned by the other Plaintiffs, arising out of unauthorized public performances of those musical works. Each of the musical compositions listed on line 2 of the Schedule of Plaintiffs' Complaint was registered with the Copyright Office on the date listed on line 5.  A registration certificate bearing the number listed on line 6 was issued by the Copyright Office to the Plaintiff listed on line 4 or a predecessor in interest.  Copies of the certificates and subsequent documentation relating to the chain of ownership of the musical compositions are attached hereto as Exhibit A.  This documentation, which I have reviewed, consists of copies of official Copyright Office records and copies of documentation made and kept in the ordinary course of Plaintiffs' business.

5.    On or before the date listed on line 7 of the Schedule, BMI had been granted, by

the other Plaintiffs, the right to publicly perform these compositions and to issue public performance license agreements to music users. These licenses permit music users to perform any of the 4.5 million musical compositions in the BMI repertoire. In addition, BMI has been granted by the other Plaintiffs the right to maintain actions for infringement of the public performance rights in their musical compositions and to seek damages for such infringement.

6. A copy of Plaintiffs' First Request for Admissions to Defendants is attached as Exhibit B.

I declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that the foregoing is true and correct.

DATED:  November  1 , 2007.

JUDITH M. SAFFER

W03 102507-157550032/Y04/1428331/v1