# EXHIBIT A

# CERTIFIED INFRINGEMENT REPORT

Page: 1 of 4

Log Date: Day of the Week __Thursday__   Month __May__   Date __4th__   Year __2006__

Name of Establishment __Krazy Koyote Bar & Grill__

Address __8337 Church St.__

City __Gilroy__   State __CA__   Telephone Number ( __408__ ) __848-1112__

### ENTRY FEES
☐ Admission/Cover - Amount: $_____   ☐ Ticketed - Price: $_____   ☐ Minimum - Amount: $_____   ☒ None

### TYPE OF PERFORMANCE

☐ Live   ☒ DJ   ☒ Karaoke   ☐ VJ

Number of Performers/DJs: __1 DJ/Karaoke Host__   Name of Act: __Junior Diaz__

| Description of Performers/DJs, etc. | Instrumentation/Vocal | M/F |
|---|---|---|
| Latin male, late 20s/early 30s, chubby, goatee | DJ/Karaoke Host | M |
| | | |
| | | |
| | | |
| | | |

**Recorded Music:** Source And Type Of Equipment Used

☒ CDs   ☐ Tapes   ☐ Records   ☐ Internet Source   ☐ Music Service: _____ (If Known)

☐ DVD   ☐ Video Tapes   ☐ Radio   ☐ Satellite Radio   ☐ Other: _____

☒ TV Monitors __2 x 27 inch, 2 x 19 inch__ # & Size   ☒ Large Screen TVs __1 x 52 inch__ # & Size

**Speakers:** __TVs showing TNT, ESPN, AMC and Karaoke.__

Type: ☐ Ceiling - Estimated #: _____   ☒ Box - Estimated #: __4__   ☐ Other

Description of Equipment And/Or Speakers: __DJ playing CD's and Karaoke played through 4 speaker house sound system.__

### Jukebox   _Jukebox playing from 8:30PM to 9:30P._

Name Vender Co: __Bill Meyer Amusements__   ☒ Coin Operated   ☐ Free Play   ☐ Both

Brand: __Rowe__   Model: __AMI__   JLO Cert No: __6012557__

Vender Phone: ( ) __n/a__   Date Issued: __3/28/2006__

Address: __n/a__   Expiration Date: __n/a__

__San Jose, CA__

revised document - 9.27.02                                    Certified Infringement Report

Name of Establishment: Krazy Koyote Bar & Grill

TIME ENTERED PREMISES: 8:50 AM/(PM)

Thurs 3/4/2004
Gilroy, CA

TIME LEFT PREMISES: 12:26 (AM)/PM

Page: 2 of 4

## SONG/SELECTION PERFORMED

| TIME AM/PM | Announced | Unannounced | Vocal | Instrumental | Title | Artist | Live | DJ | Karaoke | CD | VJ | Radio/TV | Jukebox |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8:50p to 9:36p | — | — | — | — | Jukebox music playing | — | | | | | | | X |
| 9:37p | | X | X | | Smooth | Santana | | X | | | | | |
| 9:41p | | X | X | | Do You Like The Way | Santana | | X | | | | | |
| 9:47p | | X | X | | Maria Maria | Santana | | X | | | | | |
| 9:52p | | X | X | | Migra | Santana | | X | | | | | |
| 9:55p | | X | X | | Take The Money And Run | Steve Miller Band | | X | | | | | |
| 10:01p | | X | X | | Abracadabra | Steve Miller Band | | X | | | | | |
| 10:05p | | X | X | | Rock N Me | Steve Miller Band | | X | | | | | |
| 10:08p | | X | X | | Swingtown | Steve Miller Band | | X | | | | | |
| 10:10p | | X | X | | The Joker | Steve Miller Band | | X | | | | | |
| 10:16p | X | | X | | Ode To My Car | Adam Sandler | | X | X | | | | |
| 10:19p | | X | X | | Fly Like An Eagle | Steve Miller Band | | X | | | | | |
| 10:23p | | X | X | | Bring It On Home To Me | Sam Cooke | | X | X | | | | |
| 10:27p | | X | X | | Jet Airliner | Steve Miller Band | | X | | | | | |
| 10:31p | X | | X | | Green River | Creedence Clearwater Revival | | X | X | | | | |
| 10:35p | | X | X | | Space Cowboy | Steve Miller Band | | X | | | | | |
| 10:39p | X | | X | | Follow Me | Uncle Kracker | | X | | | | | |
| 10:43p | X | | X | | Too Hot Ta Trot | Commodores | | X | X | | | | |
| 10:47p | X | | X | | Erotic City | Prince | | X | X | | | | |
| 10:53p | | X | X | | Midas Touch | Midnight Star | | X | | | | | |
| 10:57p | | X | X | | Rock Steady | The Whispers | | X | | | | | |
| 11:01p | | X | X | | Player's Delight | Sugar Hill Gang | | X | | | | | |
| 11:05p | | X | X | | In Da Club | 50 Cent | | X | | | | | |
| 11:09p | | X | X | | So Caught Up | Usher | | X | | | | | |

Name of Establishment: Kraig Kozak Bar & Grill

Thurs 5/4/2006
Gilroy, CA

SONG/SELECTION PERFORMED

| TIME AM/PM | Announced | Unannounced | Vocal | Instrumental | Title | Artist | Live | DJ | Karaoke | CD | VJ | Radio/TV | Jukebox |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11:13P | X | | X | | I Like That | Houston | | X | | | | | |
| 11:17P | X | | X | | Just A Lil Bit | 50 Cent | | X | | | | | |
| 11:21P | X | | X | | Tipsy | J-Kwon | | X | | | | | |
| 11:25P | X | | X | | Run It | Chris Brown | | X | | | | | |
| 11:29P | X | | X | | Candyshop | 50 Cent | | X | | | | | |
| 11:33P | X | | X | | Freek A Leek | Petey Pablo | | X | | | | | |
| 11:37P | X | | X | | Hot Dog | Limp Bizkit | | X | | | | | |
| 11:42P | X | | X | | Santeria | Sublime | | X | | | | | |
| 11:46P | X | | X | | (?) | (?) E-40 | | X | | | | | |
| 11:50P | X | | X | | Billie Jean | Michael Jackson | | X | | | | | |
| 11:54P | X | | X | | We Be Burnin | Sean Paul | | X | | | | | |
| 11:58P | X | | X | | Culo | Pitbull | | X | | | | | |
| 12:02A | X | X | | | Don't Cha | Pussycat Dolls | | X | | | | | |
| 12:06A | X | X | | | My Humps | Black Eyed Peas | | X | | | | | |
| 12:10A | X | X | | | Control Myself | LL Cool J | | X | | | | | |
| 12:15A | X | X | | | Bring Em Out | T.I. | | X | | | | | |
| 12:19A | X | X | | | Tell Me when To Go | E-40 | | X | | | | | |
| 12:23A | | | | | End of log / left establishment / music still going | | | | | | | | |

**Name of Establishment:** Krazy Koyote Bar + Grill    Thurs. 5/4/2006  Gilroy, CA

### DIAGRAM OF THE ESTABLISHMENT (INSIDE)*
*Indicate/include the location of the dance floor, stage, tables and chairs, bar, musical equipment, etc.

(hand-drawn diagram showing):
- (52)= 52 inch TV
- (19)= 19 inch TV
- (27)= 27 inch TV
- ()= speaker
- DJ/karaoke equipment
- Dance floor area
- tables & chairs
- (jukebox) Entrance
- couch, Table & chairs
- chairs ← I sat here
- BAR
- Rest Rooms
- open doorway
- Stage
- open doorway
- large 1500 sq. foot room with tables & chairs (closed on this visit)
- not used

### ESTABLISHMENT SIZE

☒ Posted Fire Occupancy: 100 (front room only - sign says "comfort limit")

☒ *Estimated Occupancy: 280 (entire establishment) *(IF NOT POSTED)

Estimated Size Of Crowd: 40

Approx Square Footage: 2,500 sq. feet

Is Alcohol Served? ☒ YES ☐ NO

Name and number on Liquor License, if visible: not found/not visible

Was Dancing permitted to Live, DJ, Karaoke or Recorded music? ☒ YES ☐ NO

Type of décor, distinctive decorations, fixtures, establishments themes, game machines, or unusual occurrences that evening:

Lots of bud light neon signs, posters hanging from the ceiling, 10' cement floor, larger second room was closed on this visit, patrons are about 75% latin but everyone spoke English, patrons all dressed in t-shirts/jeans, bartender Desiree said it was a very slow night as cinco de mayo was the next day.

### DIAGRAM OF THE ESTABLISHMENT (OUTSIDE)

(hand-drawn diagram showing):
- food store, church
- white/black Krazy Koyote (spanish the rest) sign
- tan building (cement)
- lots of neon beer signs
- entrance (solid black door)
- windows

I/We, Christopher K. Pisano _____ hereby certify, based upon my personal knowledge and under penalty of perjury pursuant to 28 U.S.C. 1746, that the foregoing information in this Report is true and correct.

Signature: C... K...    Date: 5/5/2006

# CERTIFIED INFRINGEMENT REPORT

Page: 1 of 4

Log Date: Day of the Week  Saturday    Month  August    Date  19th    Year  2006

Name of Establishment  Krazy Koyote Bar & Grill

Address  8337 Church St.

City  Gilroy    State  CA    Telephone Number ( 408 ) 848-1112

## ENTRY FEES

☐ Admission/Cover - Amount: $_____   ☐ Ticketed - Price: $_____   ☐ Minimum - Amount: $_____   ☒ None

## TYPE OF PERFORMANCE

☒ Live   ☒ DJ   ☐ Karaoke   ☐ VJ

Number of Performers/DJs: 1 DJ, 1 Live Band    Name of Act: DJ Toy G, Zebop (7 piece Santana tribute band)
(front room)    (back room)

| Description of Performers/DJs, etc. | Instrumentation/Vocal | M/F |
|---|---|---|
| DJ: Male, latin, facial hair, low 30's, white Yankees baseball cap, white long sleeve T w/ writing shirt | DJ | M |
| ① latin, male, mustache, 50, brown hair | ① Vocal/Guitar | M |
| ② Late 40's, white, male, clean shaven, blond hair | ② Bass | M |
| ③ 50, latin, mustache, dark hair | ③ Vocal/Percussion | M |
| ④ Gautee, glasses, early 40's, white ; ⑤ Latin, early 30's, dark hair | ④ Vocal/guitar ⑤ Keys | M |
| ⑥ White, early 40's, facial hair, brown hair ; ⑦ Latin, balding dark hair, 50 | ⑥ Drums  ⑦ Percussion | M |

**Recorded Music:** Source And Type Of Equipment Used

☐ CDs   ☐ Tapes   ☒ Records   ☐ Internet Source   ☐ Music Service: _____ (If Known)

☐ DVD   ☐ Video Tapes   ☐ Radio   ☐ Satellite Radio   ☐ Other: _____

☒ TV Monitors  2 x 27 inch, 2 x 19 inch  # & Size    ☒ Large Screen TVs  1 x 52 inch  # & Size

TV's showing ESPN & FSN.

**Speakers:**
Type: ☐ Ceiling - Estimated #: _____   ☒ Box - Estimated #: 4 - front room, 4 - back room, 8 - total   ☐ Other

Description of Equipment And/Or Speakers: DJ spinning records in front room, Live band playing in back room through separate sound system.

## Jukebox — Jukebox not used —

Name Vender Co: Bill Morgan Amusements    ☒ Coin Operated   ☐ Free Play   ☐ Both
Brand: Rowe    Model: AMI    JLO Cert No: 601d537
Vender Phone: ( ) N/A    Date Issued: 3/28/2006
Address: N/A    Expiration Date: N/A
San Jose, CA

revised document - 9.27.02    Certified Infringement Report

**Name of Establishment:** Krazy Kojak Bar & Grill  **Dat:** 8/4/06 Gilroy, CA

**TIME ENTERED PREMISES:** 8:55 AM/**PM**    **TIME LEFT PREMISES:** 12:50 **AM**/PM

### SONG/SELECTION PERFORMED

| TIME AM/PM | Announced | Unannounced | Vocal | Instrumental | Title | Artist | Live | DJ | Karaoke | CD | VJ | Radio/TV | Jukebox |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9:10p to 9:35p | | | | | Soundcheck of Live Band | | | | | | | | |
| 9:36p | X | | | | Europa | Santana | X | | | | | | |
| 9:49p | | XX | | | Dance Sister Dance | Santana | X | | | | | | |
| 9:54p | | XX | X | | Evil Ways | Santana | X | | | | | | |
| 9:58p | | X | X | | Tales of Kilimanjaro | Santana | X | | | | | | |
| 10:03p | | X | | | Black Magic Woman/Gypsy Queen | Santana | X | | | | | | |
| 10:10p | | XX | | | Oye Como Va | Santana | X | | | | | | |
| 10:17p | | XX | | | Aye Aye Aye | Santana | X | | | | | | |
| 10:22p | | X | | | Sensitive Kind | Santana | X | | | | | | |
| 10:26p | | X | X | | American Gypsy | Santana | X | | | | | | |
| 10:32p | | X | X | | Victory Is Won | Santana | X | | | | | | |
| 10:37p | | X | | | Jingo | Santana | X | | | | | | |
| 10:46p | | X | X | | Samba pa Ti | Santana | X | | | | | | |
| 10:53p | | X | | | Get Your Money | Ol' Dirty Bastard | | X | | | | | |
| 10:55p | — | | | | Guajira | Santana | X | | | | | | |
| | | | | | Live Band takes a break | | | | | | | | |
| 11:02p | | X | | | Yeah | Usher | | X | | | | | |
| 11:06p | | X | XX | | Naughty Girl | Beyonce | | X | | | | | |
| 11:09p | | XX | | | Crazy In Love | Beyonce | | X | | | | | |
| 11:16p | | XX | | | Run It | Chris Brown | | X | | | | | |
| 11:20p | | XX | | | Blow The Whistle | Too Short | | X | | | | | |
| 11:26p | | XX | XX | | Crazy | Gnarls Barkley | | X | | | | | |
| 11:28p | | X | | | | Santana | X | | | | | | |
| 11:35p | | X | | X | Corazón Espinado vocals/(lifted) instrumental (viola/violin/flute (?) Gp. | Santana | X | | | | | | |

※ revised document – 8.27.02

Name of Establishment: Kraz Kayak Bar & Grill       Sat 8/19/06 Gilroy, CA

SONG/SELECTION PERFORMED

| TIME AM/PM | Announced | Unannounced | Vocal | Instrumental | Title | Artist | Live | DJ | Karaoke | CD | VJ | Radio/TV | Jukebox |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11:45 P | | X | X | | She's Not There | Santana | X | | | | | | |
| 11:53 P | X | | X | | Toussaint L' Overture | Santana | X | | | | | | |
| 11:57 P | | X | X | | Don't Ya | Pussycat Dolls | | X | | | | | |
| 11:59 P | | X | X | | My Humps | Black Eyed Peas | | X | | | | | |
| 12:01 A | | X | X | | Love Is You | Santana | X | | | | | | |
| 12:06 A | | X | X | | The Way You Move | Outkast | | X | | | | | |
| 12:09 A | | X | X | | Stormy | Santana | X | | | | | | |
| 12:14 A | | X | X | | Give It To Me Baby | Rick James | | X | | | | | |
| 12:16 A | | X | X | | Soul Sacrifice | Santana | X | | | | | | |
| 12:30 A | X | | X | | CP Treat | Santana | X | | | | | | |
| 12:36 A | X | | X | | Maria Maria | Santana | X | | | | | | |
| 12:38 A | — | — | — | — | Live Band takes a break | | | | | | | | |
| 12:50 A | — | — | — | — | End of log / left establishment / music is still going | | | | | | | | |

X Indicates performance of music has been recorded and audible (or inaudible).

Name of Establishment: Krazy Koyote Bar & Grill    Sat. 8/19/06  Gilroy, CA

## DIAGRAM OF THE ESTABLISHMENT (INSIDE)*
*Indicate/include the location of the dance floor, stage, tables and chairs, bar, musical equipment, etc.

[Hand-drawn diagram showing: 52" TV, DJ, 19" TV, Tables & Chairs, Jukebox, Entrance, Tables/chairs, Couch, Entrance, Coat check, Dance floor area, "I stood here", BAR, Restrooms, open doorway, Tables & Chairs, Live band stage, Dance Floor, Tables & Chairs, "I sat here", open doorway, Tables, chairs, couches]

Legend: 52 = 52 inch TV; 19 = 19 inch TV; 27 = 27 inch TV; S = speaker

## ESTABLISHMENT SIZE

☒ Posted Fire Occupancy: 298 total, 100 (front room), 198 (larger second room)

☐ *Estimated Occupancy: _____  *(IF NOT POSTED)

Estimated Size Of Crowd: 150

Approx Square Footage: 2,500 sq. feet

Is Alcohol Served? ☒ YES ☐ NO

Name and number on Liquor License, if visible: not found / not visible

Was Dancing permitted to Live, DJ, Karaoke or Recorded music? ☒ YES ☐ NO

Type of décor, distinctive decorations, fixtures, establishments themes, game machines, or unusual occurences that evening:

Patrons dancing in both rooms, about 50% of the patrons are latin and are casually dressed, ages range from 21-60, multi-colored floral carpet + brown wood tables in back room, red cement floor in front room, very loud music - especially DJ! Expensive drink prices.

## DIAGRAM OF THE ESTABLISHMENT (OUTSIDE)

[Hand-drawn diagram showing: Foursquare Church, Krazy Koyote, tan building (closed), white/black unlit sign, entrance (open door), Spanish tile roof, entrance (solid black door), lots of neon beer signs in windows]

I/We, Christopher K. Pisano, _____ print name _____ print name, hereby certify, based upon my personal knowledge and under penalty of perjury pursuant to 28 U.S.C. 1746, that the foregoing information in this Report is true and correct.

signature: [signed]    today's date: 8/22/2006

signature: _____    today's date: _____