# EXHIBIT B



Lawrence E. Stevens
Assistant Vice President
General Licensing

March 2, 2007

George D. Headley Jr
Krazy Koyote Bar & Grill
8337 Church St
Gilroy CA  95020-4457

UPS

Re: Krazy Koyote Bar & Grill

Dear Mr. Headley Jr:

This is to notify you that infringement of BMI copyright controlled music recently occurred in your establishment and was noted by our Music Researcher. Said infringement is in violation of the rights granted copyright owners under the copyright law of the United States. You had previously been advised that we would not permit the unauthorized use of the music we control within your establishment.

We have provided you with all the pertinent information and request that you obtain a license to permit the public performance of BMI copyrighted music in your establishment. We remain ready to furnish you a license at equitable rates. The fees below cover all unlicensed periods for your business. In addition to the license fees, Music Researcher fees have been incurred.

**PERIOD & FEE**

8/01/2004 - 7/31/2005 = $2,035.00

8/01/2005 - 7/31/2006 = $2,090.00

8/01/2006 - 7/31/2007 = $2,145.00

| | |
|---|---|
| Music Researcher Costs | $1,083.26 |
| TOTAL: | $7,353.26 |

In order to resolve this issue at this time, the enclosed Music License Agreement must be completed, signed and returned along with a payment for all outstanding fees within 5 days from the date of this letter. Should you fail to return the completed and signed Agreement with full payment by that date, you will leave me with no alternative other than to refer this matter to our attorneys for whatever action they deem necessary.

Sincerely,

Lawrence E. Stevens

Encl: EDE1 MPA , Legal Aspects, WDYMLFG?, BRE
3483100203595/tcj/Premise State:  CA

10 Music Square East, Nashville, Tennessee  37203-4399        (800) 925-8451       Fax: (615) 401-2861        8DMD05.doc
BMI and the music stand symbol are registered trademarks of Broadcast Music, Inc




Home | About UPS | Contact UPS | Getting Started @ UPS.com

UPS Uni



Shipping  Tracking  Freight  Locations  Support  Business Solutions

Log-In   User ID:            Password:                    | Forgot Password

### Tracking

Track Shipments
  Track by Reference
  Get Signature Images
  Track by E-mail
  Import Tracking Numbers
  SMS Tracking
Track with Quantum View
Access Flex Global View
Integrate Tracking Tools
Void a Shipment
Help

**Find Answers to Your Tracking Questions**

→ Go to Tracking FAQ

## Track Shipments

Track Packages & Freight    Quantum View    Flex Global View

**Tracking Detail**                                                     Printer Friend

**Your package has been delivered.**

| | |
|---|---|
| Tracking Number: | 1Z 378 50X 02 4540 548 2 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered on: | 03/08/2007 4:27 P.M. |
| Signed by: | ROSSI |
| Location: | RECEIVER |
| Delivered to: | GILROY, CA, US |
| Shipped or Billed on: | 03/02/2007 |
| Service Type: | 2ND DAY AIR |

**Package Progress**

| Location | Date | Local Time | Description |
|---|---|---|---|
| SAN JOSE, CA, US | 03/08/2007 | 4:27 P.M. | DELIVERY |
| SAN JOSE, CA, US | 03/07/2007 | 3:29 P.M. | THE RECEIVER'S LOCATION W/ CLOSED ON THE 2ND DELIVER ATTEMPT. A 3RD DELIVERY AT WILL BE MADE |
| SAN JOSE, CA, US | 03/06/2007 | 9:48 A.M. | THE RECEIVER'S LOCATION W/ CLOSED ON THE 1ST DELIVERY ATTEMPT. A 2ND DELIVERY AT WILL BE MADE |
| | 03/06/2007 | 8:11 A.M. | OUT FOR DELIVERY |
| | 03/06/2007 | 4:00 A.M. | ARRIVAL SCAN |
| OAKLAND, CA, US | 03/05/2007 | 9:55 P.M. | DEPARTURE SCAN |
| | 03/05/2007 | 8:47 P.M. | ARRIVAL SCAN |
| SAN JOSE, CA, US | 03/05/2007 | 7:18 P.M. | DEPARTURE SCAN |
| | 03/05/2007 | 5:34 P.M. | ARRIVAL SCAN |
| LOUISVILLE, KY, US | 03/05/2007 | 3:50 P.M. | DEPARTURE SCAN |
| LOUISVILLE, KY, US | 03/03/2007 | 4:34 A.M. | ARRIVAL SCAN |
| NASHVILLE, TN, US | 03/03/2007 | 12:26 A.M. | DEPARTURE SCAN |

| | | | |
|---|---|---|---|
| NASHVILLE, TN, US | 03/02/2007 | 8:56 P.M. | ORIGIN SCAN |
| US | 03/02/2007 | 5:59 P.M. | BILLING INFORMATION RECEIV |

Tracking results provided by UPS: 03/09/2007 10:48 A.M. EST (USA)

Printer Friendly

**Get Notified: Quantum View Notify**[SM]
Log in or register to e-mail this page to up to three recipients.
→ Log in
→ Register

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tend for you to UPS for delivery and for no other purpose. Any other use of UPS tracking syst information is strictly prohibited.

← Back to Tracking Summary

Home | Shipping | Tracking | Freight | Locations | Support | Business Solutions | About UPS | Contact UPS | Register | Getting Started
Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2007 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions



Lawrence E. Stevens
Assistant Vice President
General Licensing

March 2, 2007

Marcos A. Headley
Krazy Koyote Bar & Grill
8337 Church St
Gilroy CA 95020-4457

UPS

Re: Krazy Koyote Bar & Grill

Dear Mr. Headley:

This is to notify you that infringement of BMI copyright controlled music recently occurred in your establishment and was noted by our Music Researcher. Said infringement is in violation of the rights granted copyright owners under the copyright law of the United States. You had previously been advised that we would not permit the unauthorized use of the music we control within your establishment.

We have provided you with all the pertinent information and request that you obtain a license to permit the public performance of BMI copyrighted music in your establishment. We remain ready to furnish you a license at equitable rates. The fees below cover all unlicensed periods for your business. In addition to the license fees, Music Researcher fees have been incurred.

**PERIOD & FEE**

8/01/2004 - 7/31/2005 = $2,035.00

8/01/2005 - 7/31/2006 = $2,090.00

8/01/2006 - 7/31/2007 = $2,145.00

Music Researcher Costs            $1,083.26

TOTAL:                            $7,353.26

In order to resolve this issue at this time, the enclosed Music License Agreement must be completed, signed and returned along with a payment for all outstanding fees within 5 days from the date of this letter. Should you fail to return the completed and signed Agreement with full payment by that date, you will leave me with no alternative other than to refer this matter to our attorneys for whatever action they deem necessary.

Sincerely,

*[signature]*

Lawrence E. Stevens

Encl: EDE1 MPA , Legal Aspects, WDYMLFG?, BRE
3483100203595/tcj/Premise State: CA

---

10 Music Square East, Nashville, Tennessee 37203-4399      (800) 925-8451      Fax: (615) 401-2861      8DMD05.doc
BMI and the music stand symbol are registered trademarks of Broadcast Music, Inc.



Home | About UPS | Contact UPS | Getting Started @ UPS.com



UPS Uni

**Shipping** Tracking **Freight Locations Support Business Solutions**

Tracking

Track Shipments
  Track by Reference
  Get Signature Images
  Track by E-mail
  Import Tracking Numbers
  SMS Tracking
  Track with Quantum View
  Access Flex Global View
  Integrate Tracking Tools
  Void a Shipment
  Help

Find Answers to Your
Tracking Questions

→ Go to Tracking FAQ

Log-In  User ID:           Password:            | Forgot Password

## Track Shipments

Track Packages & Freight    Quantum View    Flex Global View

Tracking Detail                                              Printer Friend

**Your package has been delivered.**

Tracking Number:      1Z 378 50X 02 4318 669 7
Type:                 Package
Status:               **Delivered**
Delivered on:         03/08/2007 4:27 P.M.
Signed by:            ROSSI
Location:             RECEIVER
Delivered to:         GILROY, CA, US
Shipped or Billed on: 03/02/2007
Service Type:         2ND DAY AIR

**Package Progress**

| Location | Date | Local Time | Description |
| --- | --- | --- | --- |
| SAN JOSE, CA, US | 03/08/2007 | 4:27 P.M. | DELIVERY |
| SAN JOSE, CA, US | 03/07/2007 | 3:29 P.M. | THE RECEIVER'S LOCATION W/ CLOSED ON THE 2ND DELIVER ATTEMPT. A 3RD DELIVERY AT WILL BE MADE |
| SAN JOSE, CA, US | 03/06/2007 | 9:48 A.M. | THE RECEIVER'S LOCATION W/ CLOSED ON THE 1ST DELIVERY ATTEMPT. A 2ND DELIVERY AT WILL BE MADE |
|  | 03/06/2007 | 8:11 A.M. | OUT FOR DELIVERY |
|  | 03/06/2007 | 4:00 A.M. | ARRIVAL SCAN |
| OAKLAND, CA, US | 03/05/2007 | 9:55 P.M. | DEPARTURE SCAN |
|  | 03/05/2007 | 8:47 P.M. | ARRIVAL SCAN |
| SAN JOSE, CA, US | 03/05/2007 | 7:18 P.M. | DEPARTURE SCAN |
|  | 03/05/2007 | 5:34 P.M. | ARRIVAL SCAN |
| LOUISVILLE, KY, US | 03/05/2007 | 3:50 P.M. | DEPARTURE SCAN |
| LOUISVILLE, KY, US | 03/03/2007 | 4:34 A.M. | ARRIVAL SCAN |
| NASHVILLE, TN, US | 03/03/2007 | 12:26 A.M. | DEPARTURE SCAN |

| | | | |
|---|---|---|---|
| NASHVILLE, TN, US | 03/02/2007 | 8:56 P.M. | ORIGIN SCAN |
| US | 03/02/2007 | 5:59 P.M. | BILLING INFORMATION RECEIV |

Tracking results provided by UPS: 03/09/2007 10:47 A.M. EST (USA)

Printer Friendly

### Get Notified: Quantum View Notify[SM]

Log in or register to e-mail this page to up to three recipients.
→ Log in
→ Register

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tend for you to UPS for delivery and for no other purpose. Any other use of UPS tracking syste information is strictly prohibited.

← Back to Tracking Summary

Copyright © 1994-2007 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions