1  KAREN S. FRANK (No. 130887)
   Email:  kfrank@howardrice.com
2  SARAH M. KING (No. 189621)
   Email:  sking@howardrice.com
3  HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
4  A Professional Corporation
   Three Embarcadero Center, 7th Floor
5  San Francisco, California  94111-4024
   Telephone:   415/434-1600
6  Facsimile:   415/217-5910

7  Attorneys for Plaintiffs
   BROADCAST MUSIC, INC. et al.
8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

13 | BROADCAST MUSIC, INC. et al.,        | No. C07-02453 CRB

14 |         Plaintiffs,                   | Action Filed:  May 8, 2007

15 |     v.                                | [proposed] ORDER FOR PLAINTIFFS'
                                             BROADCAST MUSIC, INC. et al.'s
16 | G&M GAME CORPORATION; KRAZY          | MOTION FOR SUMMARY
     KOYOTE BAR & GRILL; GEORGE D.          JUDGMENT
17   HEADLEY, JR. & MARCOS ANTHONY
     HEADLEY, each individually,          | Date:     December 14, 2007
18                                          Time:     10:00 a.m.
   |         Defendants.                  | Place:    Courtroom 8, 19th Floor
19                                          Judge:    Hon. Charles R. Breyer

20                                        | Trial Date:   None Set

21

...

28

[PROPOSED] ORDER FOR MOTION FOR SUMMARY JUDGMENT          C07-02453 CRB

1   This matter came before the Court on Plaintiffs' Broadcast Music, Inc. et al.'s Motion
2   for Summary Judgment. Having considered the pleadings, declarations and memorandum of
3   points and authorities, it is ORDERED AND ADJUDGED:

### I

Plaintiffs' Motion for Summary Judgment against Defendants G&M Game Corporation, George D. Headley, Jr. and Marcos Anthony Headley, jointly and severally, is granted, this Court finding that the Defendant knowingly and intentionally infringed upon the copyrights of nine (9) musical compositions owned and/or licensed by Plaintiffs.

### II

Plaintiffs shall recover from Defendants G&M Game Corporation, George D. Headley, Jr. and Marcos Anthony Headley, jointly and severally, statutory damages in the amount of three thousand dollars ($3,000) for each of the nine (9) musical compositions, for a total of $27,000, pursuant to 17 U.S.C. Section 504(c)(1).

### III

Plaintiffs shall recover from Defendants G&M Game Corporation, George D. Headley, Jr. and Marcos Anthony Headley, jointly and severally, full costs in this action, including reasonable attorney's fees in the amount of $9,974.25, pursuant to 17 U.S.C. Section 505.

### IV

Plaintiffs shall recover from Defendants G&M Game Corporation, George D. Headley, Jr. and Marcos Anthony Headley, jointly and severally, interest on the full amount of this judgment, from the date of this judgment, pursuant to 28 U.S.C. Section 1961.

### V

Defendants G&M Game Corporation, George D. Headley, Jr. and Marcos Anthony

Headley and their agents, servants, employees and all persons acting under their permission or authority shall be permanently enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by Broadcast Music, Inc.

## VI

This Court shall retain jurisdiction over this action for the purpose of enforcing the judgment granted.

DATED: _____, 2007.

_____
UNITED STATES DISTRICT JUDGE