1  KAREN S. FRANK (No. 130887)
   Email: kfrank@howardrice.com
2  SARAH M. KING (No. 189621)
   Email: sking@howardrice.com
3  HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
4  A Professional Corporation
   Three Embarcadero Center, 7th Floor
5  San Francisco, California 94111-4024
   Telephone:  415/434-1600
6  Facsimile:  415/217-5910

7  Attorneys for Plaintiffs
   BROADCAST MUSIC, INC. et al.
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12

13 | BROADCAST MUSIC, INC. et al.,          | No. C07-02453 CRB
14 |                  Plaintiffs,            | Action Filed: May 8, 2007
15 |     v.                                  | PROOF OF SERVICE FOR
                                              PLAINTIFFS' BROADCAST MUSIC,
16 | G&M GAME CORPORATION; KRAZY             INC. et al.'s MOTION FOR SUMMARY
     KOYOTE BAR & GRILL; GEORGE D.           JUDGMENT
17   HEADLEY, JR. & MARCOS ANTHONY
     HEADLEY, each individually,             | Date:   December 14, 2007
18                                             Time:   10:00 a.m.
                     Defendants.               Place:  Courtroom 8, 19th Floor
19                                             Judge:  Hon. Charles R. Breyer

20                                           | Trial Date:  None Set

21

22

23

24

25

26

27

28

PROOF OF SERVICE FOR MOT. FOR SUMMARY JUDGMENT          C07-02453 CRB

**PROOF OF SERVICE BY MAIL**

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is Three Embarcadero Center, Seventh Floor, San Francisco, California 94111-4024.

I am readily familiar with the practice for collection and processing of documents for mailing with the United States Postal Service of Howard Rice Nemerovski Canady Falk & Rabkin, A Professional Corporation, and that practice is that the documents are deposited with the United States Postal Service with postage fully prepaid the same day as the day of collection in the ordinary course of business.

On November 6, 2007, I served the following document(s) described as **PLAINTIFFS' BROADCAST MUSIC, INC. et al.'s NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES, DECLARATION OF JUDITH M. SAFFER IN SUPPORT OF PLAINTIFFS' BROADCAST MUSIC, INC. et al.'s NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, DECLARATION OF LAWRENCE E. STEVENS IN SUPPORT OF PLAINTIFFS' BROADCAST MUSIC, INC. et al.'s NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, DECLARATION OF KAREN S. FRANK IN SUPPORT OF PLAINTIFFS' BROADCAST MUSIC, INC. et al.'s NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT and [proposed]ORDER FOR PLAINTIFFS' BROADCAST MUSIC, INC. et al.'s MOTION FOR SUMMARY JUDGMENT** on the persons listed below by placing the document(s) for deposit in the United States Postal Service through the regular mail collection process at the law offices of Howard Rice Nemerovski Canady Falk & Rabkin, A Professional Corporation, located at Three Embarcadero Center, Seventh Floor, San Francisco, California, to be served by mail addressed as follows:

Jeffrey E. Elliot, Esq.
28 North First Street, Suite 500
San Jose, CA 95112-2440

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at San Francisco, California on November 6, 2007.

*[signature]*
_____
Cindy N. Powers