1  KAREN S. FRANK (No. 130887)
   Email: kfrank@howardrice.com
2  SARAH M. KING (No. 189621)
   Email: sking@howardrice.com
3  HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
4  A Professional Corporation
   Three Embarcadero Center, 7th Floor
5  San Francisco, California 94111-4024
   Telephone:   415/434-1600
6  Facsimile:   415/217-5910

7  Attorneys for Plaintiffs
   BROADCAST MUSIC, INC. et al.
8

9             UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11            SAN FRANCISCO DIVISION

12

| | |
|---|---|
| 13  BROADCAST MUSIC, INC. et al., | No. C07-02453 CRB |
| 14          Plaintiffs, | Action Filed: May 8, 2007 |
| 15     v. | STIPULATION AND STIPULATED REQUEST FOR ORDER TO CONTINUE DATE FOR HEARING ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |
| 16  G&M GAME CORPORATION; KRAZY KOYOTE BAR & GRILL; GEORGE D. HEADLEY, JR. & MARCOS ANTHONY HEADLEY, each individually, | |
| 18          Defendants. | Date:  December 14, 2007<br>Time:  10:00 a.m.<br>Dept:  Courtroom 8, 19th Floor<br>Judge: Hon. Charles R. Breyer |
| | Trial Date:   None Set |

22   Plaintiffs Broadcast Music, Inc. et. al., and Defendants G&M Game Corporation,
23   Krazy Koyote Bar and Grill; George Headley, Jr., and Marcus Anthony Headley, each
24   individually (the "G&M Parties"), through their respective counsel, hereby stipulate to
25   continue the date for the hearing on Plaintiffs' Motion for Summary Judgment from
26   December 14, 2007 to February 1, 2008, or a later date more convenient for the Court.

1  The reason for this Stipulation and request that the Court enter an Order in accordance therewith are that the parties have entered into serious settlement negotiations and it is expected that the parties will reach settlement in this matter.

Accordingly, BMI and the G&M Parties respectfully request that the Court enter an Order in accordance with their foregoing stipulation.

DATED: December 13, 2007          HOWARD RICE NEMEROVSKI CANADY
                                                     FALK & RABKIN
                                                  A Professional Corporation


                                                  By:      /s/
                                                       Karen S. Frank
                                                       Attorneys for BROADCAST MUSIC, INC. et. al.


DATED: December 13, 2007          JEFFREY E. ELLIOTT


                                                  By:      /s/
                                                       Jeffrey E. Elliott
                                                       Attorneys for G&M GAME CORPORATION,
                                                       KRAZY KOYOTE BAR AND GRILL;
                                                       GEORGE HEADLEY, JR., AND MARCUS
                                                       ANTHONY HEADLEY


PURSUANT TO THE STIPULATION OF COUNSEL, IT IS ORDERED AS FOLLOWS:

1.  The hearing on Plaintiffs' Motion for Summary Judgment is continued from December 14, 2007 to February 1, 2008, at 10:00 a.m.


Dated: December ___, 2007

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE