1  KAREN S. FRANK (No. 130887)
   Email: kfrank@howardrice.com
2  SARAH M. KING (No. 189621)
   Email: sking@howardrice.com
3  HOWARD RICE NEMEROVSKI CANADY
       FALK & RABKIN
4  A Professional Corporation
   Three Embarcadero Center, 7th Floor
5  San Francisco, California 94111-4024
   Telephone:   415/434-1600
6  Facsimile:   415/217-5910

7  Attorneys for Plaintiffs
   BROADCAST MUSIC, INC. et al.
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12

| 13  BROADCAST MUSIC, INC. et al., | No. C07-02453 CRB |
|---|---|
| 14              Plaintiffs, | Action Filed: May 8, 2007 |
| 15       v. | STIPULATION AND STIPULATED REQUEST FOR ORDER TO CONTINUE DATE FOR HEARING ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |
| 16  G&M GAME CORPORATION; KRAZY KOYOTE BAR & GRILL; GEORGE D. HEADLEY, JR. & MARCOS ANTHONY HEADLEY, each individually, | |
| 18              Defendants. | Date:  December 14, 2007<br>Time:  10:00 a.m.<br>Dept:  Courtroom 8, 19th Floor<br>Judge: Hon. Charles R. Breyer |
| | Trial Date:  None Set |

Plaintiffs Broadcast Music, Inc. et. al., and Defendants G&M Game Corporation, Krazy Koyote Bar and Grill; George Headley, Jr., and Marcus Anthony Headley, each individually (the "G&M Parties"), through their respective counsel, hereby stipulate to continue the date for the hearing on Plaintiffs' Motion for Summary Judgment from December 14, 2007 to February 1, 2008, or a later date more convenient for the Court.

The reason for this Stipulation and request that the Court enter an Order in accordance therewith are that the parties have entered into serious settlement negotiations and it is expected that the parties will reach settlement in this matter.

Accordingly, BMI and the G&M Parties respectfully request that the Court enter an Order in accordance with their foregoing stipulation.

DATED: December 13, 2007    HOWARD RICE NEMEROVSKI CANADY
                                                         FALK & RABKIN
                                                         A Professional Corporation

By:           /s/
     Karen S. Frank
     Attorneys for BROADCAST MUSIC, INC. et. al.

DATED: December 13, 2007    JEFFREY E. ELLIOTT

By:           /s/
     Jeffrey E. Elliott
     Attorneys for G&M GAME CORPORATION,
     KRAZY KOYOTE BAR AND GRILL;
     GEORGE HEADLEY, JR., AND MARCUS
     ANTHONY HEADLEY

PURSUANT TO THE STIPULATION OF COUNSEL, IT IS ORDERED AS FOLLOWS:

1. The hearing on Plaintiffs' Motion for Summary Judgment is continued from December 14, 2007 to February 1, 2008, at 10:00 a.m.

Dated: December 14, 2007

IT IS SO ORDERED
Judge Charles R. Breyer