KAREN S. FRANK (No. 130887)
Email: kfrank@howardrice.com
SARAH M. KING (No. 189621)
Email: sking@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600
Facsimile: 415/217-5910

Attorneys for Plaintiffs
BROADCAST MUSIC, INC. et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC. et al,<br><br>    Plaintiffs,<br><br>v.<br><br>G&M GAME CORPORATION, KRAZY KOYOTE BAR & GRILL, GEORGE D. HEADLEY and MARCOS ANTHONY HEADLEY, each individually,<br><br>    Defendants. | No. C07-02453 CRB<br><br>Action Filed May 8, 2007<br><br>JOINT REQUEST FOR STAY OF PROCEEDINGS |

## JOINT STIPULATION FOR STAY OF PROCEEDINGS

All parties to this action jointly request that the Court enter an order staying all further proceedings in the litigation. Plaintiffs and Defendants have settled this matter in principle. Based on this settlement in principle, further litigation could become unnecessary within a relatively short period of time. In order to avoid the burden and potentially unnecessary expense of litigating this action while settlement terms are finalized and performed, and in order to avoid the potentially needless commitment of judicial resources to this action, the parties hereby jointly request that this Court stay all proceedings in this action.

Plaintiffs BROADCAST MUSIC, INC. ("BMI") filed a complaint in this Court

-2-

alleging federal copyright infringement against Defendants G&M Game Corporation, Krazy Koyote, George D. Headley and Marcos Anthony Headley. The parties have settled the matter in principle and entered into a Settlement Agreement and Release (the "Settlement Agreement"). Pursuant to the Settlement Agreement, Defendants are to pay BMI a settlement amount, due and payable over time. An initial settlement payment (the "Initial Settlement Payment") is due and payable no later than February 28, 2008, with the remaining settlement payments due over a 12-month period. The parties have agreed to a Stipulated Consent Judgment, to be submitted to the Court for entry should Defendants default on any one of the subsequent settlement payments.

The parties have agreed that, once BMI receives the Initial Settlement Payment and such Payment clears, BMI will dismiss the action, requesting that the Court retain jurisdiction solely for the purpose of entering the Stipulated Consent Judgment, should it be filed.

The parties therefore jointly request that the Court enter its order staying all further proceedings in this action, pending BMI's receipt and the clearance of the Initial Settlement

//
//
//
//
//
//
//
//
//
//
//
//

1  Payment. If the Court wishes to include a provision in the order requiring the periodic filing
2  of a status report, BMI will be pleased to provide any such required reports.
3  DATED: January 30, 2008.

       Respectfully,

       KAREN S. FRANK
       SARAH M. KING
       HOWARD, RICE, NEMEROVSKI, CANADY,
         FALK & RABKIN
       A Professional Corporation

       By: /s/ Karen Frank
       _____
             KAREN S. FRANK

       Attorneys for Plaintiffs BROADCAST MUSIC,
       INC. et al.

11
12  DATED: January 30, 2008.

       JEFFREY E. ELLIOTT

       By: /s/ Jeffrey E. Elliott
       _____
             JEFFREY E. ELLIOTT

       Attorneys for Defendants G&M GAME
       CORPORATION, KRAZY KOYOTE BAR &
       GRILL, GEORGE D. HEADLEY and MARCOS
       ANTHONY HEADLEY

17
18  [proposed] ORDER STAYING ALL FURTHER PROCEEDINGS:
19      GOOD CAUSE APPEARING, and pursuant to a joint request by all parties for entry
20  of this order, all further proceedings in this action are stayed. Any party may apply for relief
21  from this stay at any time for good cause. [Plaintiff is directed to file with this court and
22  serve upon all other parties to this action a status report every ____ days informing the court
23  of any events relevant to the continuing prosecution of this action.]
24      PURSUANT TO STIPULATION, IT IS SO ORDERED.
25  DATED: _____

                                     _____
                                     THE HON. CHARLES M. BREYER
                                         DISTRICT COURT JUDGE

# PROOF OF SERVICE

I, Virginia Chabre, declare:

I am a resident of the State of California and over the age of eighteen years and not a party to the within-entitled action; my business address is Three Embarcadero Center, Seventh Floor, San Francisco, California 94111-4024. On January 31, 2008, I served the following document(s) described as **JOINT REQUEST FOR STAY OF PROCEEDINGS**:

☑ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☑ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by transmitting via email the document(s) listed above to the email address(es) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Jeffrey E. Elliot
28 North First Street, Suite 500
San Jose, CA 95112-2440
Fax No: 408.971.2788

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at San Francisco, California on January 31, 2008.

_____
Virginia Chabre

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation