KAREN S. FRANK (No. 130887)
Email: kfrank@howardrice.com
SARAH M. KING (No. 189621)
Email: sking@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:  415/434-1600
Facsimile:   415/217-5910

Attorneys for Plaintiffs
BROADCAST MUSIC, INC. et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC. et al, <br><br> Plaintiffs, <br><br> v. <br><br> G&M GAME CORPORATION, KRAZY KOYOTE BAR & GRILL, GEORGE D. HEADLEY and MARCOS ANTHONY HEADLEY, each individually, <br><br> Defendants. | No. C07-02453 CRB <br><br> Action Filed May 8, 2007 <br><br> JOINT REQUEST FOR STAY OF PROCEEDINGS |

**JOINT STIPULATION FOR STAY OF PROCEEDINGS**

All parties to this action jointly request that the Court enter an order staying all further proceedings in the litigation. Plaintiffs and Defendants have settled this matter in principle. Based on this settlement in principle, further litigation could become unnecessary within a relatively short period of time. In order to avoid the burden and potentially unnecessary expense of litigating this action while settlement terms are finalized and performed, and in order to avoid the potentially needless commitment of judicial resources to this action, the parties hereby jointly request that this Court stay all proceedings in this action.

Plaintiffs BROADCAST MUSIC, INC. ("BMI") filed a complaint in this Court

alleging federal copyright infringement against Defendants G&M Game Corporation, Krazy Koyote, George D. Headley and Marcos Anthony Headley. The parties have settled the matter in principle and entered into a Settlement Agreement and Release (the "Settlement Agreement"). Pursuant to the Settlement Agreement, Defendants are to pay BMI a settlement amount, due and payable over time. An initial settlement payment (the "Initial Settlement Payment") is due and payable no later than February 28, 2008, with the remaining settlement payments due over a 12-month period. The parties have agreed to a Stipulated Consent Judgment, to be submitted to the Court for entry should Defendants default on any one of the subsequent settlement payments.

    The parties have agreed that, once BMI receives the Initial Settlement Payment and such Payment clears, BMI will dismiss the action, requesting that the Court retain jurisdiction solely for the purpose of entering the Stipulated Consent Judgment, should it be filed.

    The parties therefore jointly request that the Court enter its order staying all further proceedings in this action, pending BMI's receipt and the clearance of the Initial Settlement

//
//
//
//
//
//
//
//
//
//
//
//

Payment. If the Court wishes to include a provision in the order requiring the periodic filing of a status report, BMI will be pleased to provide any such required reports.

DATED: January 30, 2008.

Respectfully,

KAREN S. FRANK
SARAH M. KING
HOWARD, RICE, NEMEROVSKI, CANADY,
    FALK & RABKIN
A Professional Corporation

By: /s/ Karen Frank
    KAREN S. FRANK

Attorneys for Plaintiffs BROADCAST MUSIC, INC. et al.

DATED: January 30, 2008.

JEFFREY E. ELLIOTT

By: /s/ Jeffrey E. Elliott
    JEFFREY E. ELLIOTT

Attorneys for Defendants G&M GAME CORPORATION, KRAZY KOYOTE BAR & GRILL, GEORGE D. HEADLEY and MARCOS ANTHONY HEADLEY

[proposed] ORDER STAYING ALL FURTHER PROCEEDINGS:

GOOD CAUSE APPEARING, and pursuant to a joint request by all parties for entry of this order, all further proceedings in this action are stayed. Any party may apply for relief from this stay at any time for good cause. [Plaintiff is directed to file with this court and serve upon all other parties to this action a status report every __30__ days informing the court of any events relevant to the continuing prosecution of this action.]

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: Feb. 01, 2008

THE HON.
DISTRICT

IT IS SO ORDERED
Judge Charles R. Breyer

-3-

JNT. STIP. FOR A STAY OF ALL PROCEEDINGS AND [PROPOSED] ORDER