KAREN S. FRANK (No. 130887)
Email: kfrank@howardrice.com
SARAH M. KING (No. 189621)
Email: sking@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:   415/434-1600
Facsimile:    415/217-5910

Attorneys for Plaintiffs
BROADCAST MUSIC, INC. et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC. et al, <br><br> Plaintiffs, <br><br> v. <br><br> G&M GAME CORPORATION, KRAZY KOYOTE BAR & GRILL, GEORGE D. HEADLEY and MARCOS ANTHONY HEADLEY, each individually, <br><br> Defendants. | No. C07-02453 CRB <br><br> Action Filed May 8, 2007 <br><br> STATUS REPORT |

**STATUS REPORT**

On February 1, 2008, and upon request of the parties, the Court entered a Stay of Proceedings in this action. This Status Report is filed pursuant to the request of the Court for a report every thirty days detailing any events relevant to the continuing prosecution of this action.

Per the terms of the settlement between the parties, Plaintiffs have received an executed settlement agreement, post-dated settlement checks and a Stipulated Consent Judgment to be held in the event of the defendants' default on settlement payments. The initial settlement payment is due on February 28, 2008.

1   If the initial settlement payment check clears, Plaintiffs will dismiss the action,
2   requesting that the Court retain jurisdiction solely for the purpose of entering the Stipulated
3   Consent Judgment, should it be filed. If the defendants default on the initial settlement
4   payment, Plaintiffs will file the Stipulated Consent Judgment.

DATED: February 26, 2008.

Respectfully,

KAREN S. FRANK
SARAH M. KING
HOWARD, RICE, NEMEROVSKI, CANADY,
    FALK & RABKIN
A Professional Corporation

By: /s/ Karen S. Frank
    KAREN S. FRANK

Attorneys for Plaintiffs BROADCAST MUSIC, INC. et al.

-2-

STATUS REPORT                                   07-02453 CRB

**PROOF OF SERVICE**

I, Virginia Chabre, declare:

I am a resident of the State of California and over the age of eighteen years and not a party to the within-entitled action; my business address is Three Embarcadero Center, Seventh Floor, San Francisco, California 94111-4024. On February 26, 2008, I served the following document(s) described as **STATUS REPORT**:

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☑ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by transmitting via email the document(s) listed above to the email address(es) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Jeffrey E. Elliot
28 North First Street, Suite 500
San Jose, CA 95112-2440
Fax No: 408.971.2788

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at San Francisco, California on February 26, 2008.

Virginia Chabre