KAREN S. FRANK (State Bar No. 130887)
JULIA D. GREER (State Bar No. 200479)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California  94111-4213
Telephone:  415.391.4800
Facsimile:  415.989.1663
Email:    ef-ksf@cpdb.com,
          ef-jdg@cpdb.com

Attorneys for Plaintiffs
BROADCAST MUSIC, INC. et al.

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC.; MICHAEL JOE JACKSON, d/b/a MIJAC MUSIC; ABKCO MUSIC, INC.; STARFAITH, L.P., A LIMITED PARTNERSHIP CONSISTING OF GUTS AND GRACE RECORDS, INC. AND CARLOS SANTANA AND DEBORAH SANTANA, AS TRUSTEES OF THE SANTANA FAMILY TRUST, d/b/a LIGHT MUSIC; FANTASY, INC. d/b/a/ JONDORA MUSIC; CAREERS-BMG MUSIC PUBLISHING, INC.; STARFAITH, L.P., A LIMITED PARTNERSHIP CONSISTING OF GUTS & GRACE RECORDS, INC. AND CARLOS AND DEBORAH SANTANA FAMILY TRUST, d/b/a STELLABELLA MUSIC; MICHAEL SHRIEVE, AN INDIVIDUAL d/b/a MAITREYA MUSIC; EMI BLACKWOOD MUSIC, INC., <br><br>           Plaintiffs, <br><br>    v. <br><br>G&M GAME CORPORATION; KRAZY KOYOTE BAR & GRILL; GEORGE D. HEADLEY, JR. & MARCOS ANTHONY HEADLEY, each individually, <br><br>           Defendants. | Case No. C 07 02453 CRB <br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and the Settlement

Agreement between the parties, Plaintiffs Broadcast Music, Inc. et al. hereby voluntarily dismiss

this action, without prejudice, including all claims.  Each party shall bear its own costs and attorneys fees.

Plaintiffs request that the Court retain jurisdiction through January 30, 2009 for the limited purpose of entering a Stipulated Judgment Upon Consent, in the event of the Defendants' default under the terms of a Settlement Agreement between the parties.

DATED: March 17, 2008            Respectfully submitted,

COBLENTZ, PATCH, DUFFY & BASS LLP


By:     /s/
    KAREN S. FRANK
    Attorneys for Plaintiffs
    BROADCAST MUSIC, INC. et al.