KAREN S. FRANK (State Bar No. 130887)
JULIA D. GREER (State Bar No. 200479)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-ksf@cpdb.com,
ef-jdg@cpdb.com

Attorneys for Plaintiffs
BROADCAST MUSIC, INC. et al.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC.; MICHAEL JOE JACKSON, d/b/a MIJAC MUSIC; ABKCO MUSIC, INC.; STARFAITH, L.P., A LIMITED PARTNERSHIP CONSISTING OF GUTS AND GRACE RECORDS, INC. AND CARLOS SANTANA AND DEBORAH SANTANA, AS TRUSTEES OF THE SANTANA FAMILY TRUST, d/b/a LIGHT MUSIC; FANTASY, INC. d/b/a/ JONDORA MUSIC; CAREERS-BMG MUSIC PUBLISHING, INC.; STARFAITH, L.P., A LIMITED PARTNERSHIP CONSISTING OF GUTS & GRACE RECORDS, INC. AND CARLOS AND DEBORAH SANTANA FAMILY TRUST, d/b/a STELLABELLA MUSIC; MICHAEL SHRIEVE, AN INDIVIDUAL d/b/a MAITREYA MUSIC; EMI BLACKWOOD MUSIC, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>G&M GAME CORPORATION; KRAZY KOYOTE BAR & GRILL; GEORGE D. HEADLEY, JR. & MARCOS ANTHONY HEADLEY, each individually,<br><br>Defendants. | Case No. C 07 02453 CRB<br><br>**SUBSTITUTION OF ATTORNEY** |

Plaintiffs BROADCAST MUSIC, INC., MICHAEL JOE JACKSON, d/b/a MIJAC MUSIC; ABKCO MUSIC, INC.; STARFAITH, L.P., A LIMITED PARTNERSHIP

1  CONSISTING OF GUTS AND GRACE RECORDS, INC. AND CARLOS SANTANA AND
2  DEBORAH SANTANA, AS TRUSTEES OF THE SANTANA FAMILY TRUST, d/b/a LIGHT
3  MUSIC; FANTASY, INC. d/b/a/ JONDORA MUSIC; CAREERS-BMG MUSIC PUBLISHING,
4  INC.; STARFAITH, L.P., A LIMITED PARTNERSHIP CONSISTING OF GUTS & GRACE
5  RECORDS, INC. AND CARLOS AND DEBORAH SANTANA FAMILY TRUST, d/b/a
6  STELLABELLA MUSIC; MICHAEL SHRIEVE, AN INDIVIDUAL d/b/a MAITREYA MUSIC;
7  and EMI BLACKWOOD MUSIC, INC., hereby substitute Coblentz, Patch, Duffy & Bass, LLP,
8  One Ferry Building, Suite 200, San Francisco, California 94111-4213, telephone: 415.391.4800,
9  as attorneys of record in place of Howard Rice Nemerovski Canady Falk & Rabkin, A
10 Professional Corporation, in the above-referenced matter.
11 I CONSENT TO THIS SUBSTITUTION.

13        BROADCAST MUSIC, INC. et al., on behalf of all Plaintiffs
14 DATED: 3/12, 2008
        By: _____
15
        KERRI HOWLAND-KRUSE
16      Assistant Vice President, Legal Affairs

18 DATED: ___, 2008        HOWARD RICE NEMEROVSKI CANADY FALK &
                           RABKIN, A Professional Corporation
19

20        By: _____

22
   I ACCEPT THIS SUBSTITUTION.
23 DATED: ___, 2008         COBLENTZ, PATCH, DUFFY & BASS LLP
24

26        By: _____
          KAREN S. FRANK
27        Attorneys for Plaintiffs
          BROADCAST MUSIC, INC. et al.
28

10223.004.816964v1                 2                              Case No.
                        SUBSTITUTION OF ATTORNEY

CONSISTING OF GUTS AND GRACE RECORDS, INC. AND CARLOS SANTANA AND DEBORAH SANTANA, AS TRUSTEES OF THE SANTANA FAMILY TRUST, d/b/a LIGHT MUSIC; FANTASY, INC. d/b/a/ JONDORA MUSIC; CAREERS-BMG MUSIC PUBLISHING, INC.; STARFAITH, L.P., A LIMITED PARTNERSHIP CONSISTING OF GUTS & GRACE RECORDS, INC. AND CARLOS AND DEBORAH SANTANA FAMILY TRUST, d/b/a STELLABELLA MUSIC; MICHAEL SHRIEVE, AN INDIVIDUAL d/b/a MAITREYA MUSIC; and EMI BLACKWOOD MUSIC, INC., hereby substitute Coblentz, Patch, Duffy & Bass, LLP, One Ferry Building, Suite 200, San Francisco, California 94111-4213, telephone: 415.391.4800, as attorneys of record in place of Howard Rice Nemerovski Canady Falk & Rabkin, A Professional Corporation, in the above-referenced matter.

I CONSENT TO THIS SUBSTITUTION.

DATED: ___, 2008

BROADCAST MUSIC, INC. et al., on behalf of all Plaintiffs

By: _____

KERRI HOWLAND-KRUSE
Assistant Vice President, Legal Affairs

DATED: March 12, 2008

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN, A Professional Corporation

By: *Sarah King* (signature)

SARAH M. KING

I ACCEPT THIS SUBSTITUTION.

10223.004.816964v1

2

Case No.

SUBSTITUTION OF ATTORNEY

1  CONSISTING OF GUTS AND GRACE RECORDS, INC. AND CARLOS SANTANA AND
2  DEBORAH SANTANA, AS TRUSTEES OF THE SANTANA FAMILY TRUST, d/b/a LIGHT
3  MUSIC; FANTASY, INC. d/b/a/ JONDORA MUSIC; CAREERS-BMG MUSIC PUBLISHING,
4  INC.; STARFAITH, L.P., A LIMITED PARTNERSHIP CONSISTING OF GUTS & GRACE
5  RECORDS, INC. AND CARLOS AND DEBORAH SANTANA FAMILY TRUST, d/b/a
6  STELLABELLA MUSIC; MICHAEL SHRIEVE, AN INDIVIDUAL d/b/a MAITREYA MUSIC;
7  and EMI BLACKWOOD MUSIC, INC., hereby substitute Coblentz, Patch, Duffy & Bass, LLP,
8  One Ferry Building, Suite 200, San Francisco, California 94111-4213, telephone: 415.391.4800,
9  as attorneys of record in place of Howard Rice Nemerovski Canady Falk & Rabkin, A
10 Professional Corporation, in the above-referenced matter.
11 I CONSENT TO THIS SUBSTITUTION.

DATED: _____, 2008

BROADCAST MUSIC, INC. et al., on behalf of all Plaintiffs

By: _____

KERRI HOWLAND-KRUSE
Assistant Vice President, Legal Affairs

DATED: _____, 2008

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN, A Professional Corporation

By: _____

I ACCEPT THIS SUBSTITUTION.
DATED: March 12, 2008

COBLENTZ, PATCH, DUFFY & BASS LLP

By: *Karen S. Frank*
KAREN S. FRANK
Attorneys for Plaintiffs
BROADCAST MUSIC, INC. et al.

10223.004.816964v1                 2                                    Case No.

SUBSTITUTION OF ATTORNEY