KAREN S. FRANK (State Bar No. 130887)
JULIA D. GREER (State Bar No. 200479)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-ksf@cpdb.com,
       ef-jdg@cpdb.com

Attorneys for Plaintiffs
BROADCAST MUSIC, INC. et al.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC.; MICHAEL JOE JACKSON, d/b/a MIJAC MUSIC; ABKCO MUSIC, INC.; STARFAITH, L.P., A LIMITED PARTNERSHIP CONSISTING OF GUTS AND GRACE RECORDS, INC. AND CARLOS SANTANA AND DEBORAH SANTANA, AS TRUSTEES OF THE SANTANA FAMILY TRUST, d/b/a LIGHT MUSIC; FANTASY, INC. d/b/a/ JONDORA MUSIC; CAREERS-BMG MUSIC PUBLISHING, INC.; STARFAITH, L.P., A LIMITED PARTNERSHIP CONSISTING OF GUTS & GRACE RECORDS, INC. AND CARLOS AND DEBORAH SANTANA FAMILY TRUST, d/b/a STELLABELLA MUSIC; MICHAEL SHRIEVE, AN INDIVIDUAL d/b/a MAITREYA MUSIC; EMI BLACKWOOD MUSIC, INC., <br><br>    Plaintiffs, <br><br>    v. <br><br>G&M GAME CORPORATION; KRAZY KOYOTE BAR & GRILL; GEORGE D. HEADLEY, JR. & MARCOS ANTHONY HEADLEY, each individually, <br><br>    Defendants. | Case No. C 07 02453 CRB <br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and the Settlement

Agreement between the parties, Plaintiffs Broadcast Music, Inc. et al. hereby voluntarily dismiss

1  this action, without prejudice, including all claims.  Each party shall bear its own costs and
2  attorneys fees.
3      Plaintiffs request that the Court retain jurisdiction through January 30, 2009 for the limited
4  purpose of entering a Stipulated Judgment Upon Consent, in the event of the Defendants' default
5  under the terms of a Settlement Agreement between the parties.

6  DATED: March 17, 2008                    Respectfully submitted,

7                                           COBLENTZ, PATCH, DUFFY & BASS LLP

9                                           By:  _____/s/_____
10                                               KAREN S. FRANK
                                                 Attorneys for Plaintiffs
11                                               BROADCAST MUSIC, INC. et al.



March 18, 2008